**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ERIC WESTERFIELD**,<br><br>Plaintiff,<br><br>v.<br><br>**GEICO ADVANTAGE INSURANCE COMPANY**,<br><br>Defendant. | Case No. 4:26-cv-1528 |

**GEICO ADVANTAGE INSURANCE COMPANY'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09, and Federal Rule of Civil Procedure 7.1, counsel discloses the following information for GEICO Advantage Insurance Company:

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

**GEICO Advantage Insurance Company is not publicly traded.**

b. Its parent companies or corporations (if none, state "none"):

**GEICO Advantage Insurance Company is a wholly owned subsidiary of GEICO Corporation, which is a wholly owned subsidiary of Berkshire Hathaway.**

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

**None.**

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

**Berkshire Hathaway is a publicly traded company and owns 100% of GEICO Corporation.**

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

**For purposes of establishing jurisdiction based upon diversity of citizenship, GEICO Advantage Insurance Company is a Nebraska Corporations with a principal place of business in Maryland.**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2).

Dated: September 25, 2026

Respectfully submitted,

**HEPLERBROOM LLC**

By: */s/ W. Jason Rankin*

W. Jason Rankin #626724
Charles Insler, #58623
Emilee M. Bramstedt, #71802
701 Market St., Ste. 1400
St. Louis, MO 63101
314-241-6160
wjr@heplerbroom.com
cni@heplerbroom.com
emb@heplerbroom.com

George E. Mastoris
(*pro hac vice forthcoming*)
Adam P. Moskowitz
(*pro hac vice forthcoming*)
**WINSTON TAYLOR LLP**
200 Park Ave.
New York, NY 10166
Telephone: (212) 294-6700

Facsimile: (212) 294-4700
george.mastoris@winstontaylor.com
adam.moskowitz@winstontaylor.com

Samantha Lerner
(*pro hac vice forthcoming*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
samantha.lerner@winstontaylor.com

***Counsel for Defendant GEICO Advantage Insurance Company***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2026 a copy of the foregoing was served upon the following counsel of record via electronic mail:

Martin L. Daesch
Jesse B. Rochman
Craig W. Richards
Kaitlin A. Carpenter
**ONDERLAW, LLC**
110 E. Lockwood Ave.,
St. Louis, MO 63119
314-963-6000
daesch@onderlaw.com
rochman@onderlaw.com
richards@onderlaw.com
carpenter@onderlaw.com

***Attorneys for Plaintiff***

/s/ W. Jason Rankin