Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**[Company Logo]**
**[Company Address]**
**[Company Address]**
**[Company Phone Number]**

# Kansas Family Automobile Insurance Policy

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

## POLICY INDEX

Page

**SECTION I - LIABILITY COVERAGES** .......................... 3
**Your Protection Against Claims From Others**

Definitions
Losses We Will Pay For You Under Section I
Additional Payments We Will Make Under The Liability Coverages
Exclusions: When Section I Does Not Apply
Persons Insured: Who is Covered
Financial Responsibility Laws
Out Of State Insurance
Limits Of Liability
Other Insurance
Conditions
- Notice
- Two Or More Autos
- Assistance And Cooperation Of The Insured
- Action Against Us
- Subrogation

**SECTION II - AUTOMOBILE MEDICAL PAYMENTS COVERAGE** ........ 7
**Protection For You And Your Passengers For Medical Expenses**

Definitions
Payments We Will Make
Exclusions: When Section II Does Not Apply
Limit Of Liability
Other Insurance
Conditions
- Notice
- Two Or More Autos
- Action Against Us
- Medical Reports-Proof And Payment Of Claims
- Subrogation

**SECTION III - PHYSICAL DAMAGE COVERAGES** ........ 8
**Your Protection For Loss Of Or Damage To Your Car**

Definition
Losses We Will Pay
- Comprehensive Coverage
- Collision Coverage

Additional Payments We Will Make Under The Physical Damage Coverages
Exclusions: When The Physical Damage Coverages Do Not Apply
Limit Of Liability
Other Insurance

Page

Conditions
- Notice
- Two or More Autos
- Assistance And Cooperation Of The Insured
- Action Against US
- Insured's Duties In Event Of Loss
- Appraisal
- Payment Of Loss
- No Benefit To Bailee
- Subrogation

**SECTION IV - UNINSURED MOTORISTS COVERAGE** .... 12
**Your Protection For Injuries Caused By Uninsured And Hit And Run Motorists**

Definitions
Losses We Pay
Exclusions: When Section IV Does Not Apply
Limits Of Liability
Other Insurance
Arbitration
Trust Agreement
Conditions
- Notice
- Assistance And Cooperation Of The Insured
- Action Against US
- Proof Of Claim - Medical Reports
- Payment Of Loss
- Subrogation

**SECTION V - GENERAL CONDITIONS** ............................ 15
**The Following Apply To All Coverages In This Policy**

Territory
Premium
Changes
Assignment
Policy Period
Cancellation By The Insured
Cancellation By Us
Cancellation By Us Is Limited
Renewal
Other Insurance
Disposal Of Vehicle
Dividend Provision
Declarations
Fraud And Misrepresentation
Examination Under Oath
Terms Of Policy Conformed To Statutes

**SECTION VI - AMENDMENTS AND ENDORSEMENTS**.... 18

Personal Injury Protection Amendment
Special Endorsements
- United States Government Employees

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**Whenever, he, his, him, himself appears in this policy, you may read she, her, hers or herself.**

## AGREEMENT

**We, the Company named in the declarations attached to this policy, make this agreement with *you*, the policyholder. Relying on the information *you* have furnished and the declarations attached to this policy and if *you* pay *your* premium when due, we will do the following:**

## SECTION I-LIABILITY COVERAGES
### Your Protection Against Claims From Others
### Bodily Injury Liability and Property Damage Liability

**DEFINITIONS**

The words bolded and italicized in Section I of this policy are defined below.

1. ***Auto business*** means the business of selling, repairing, renting, leasing, brokering, servicing, storing, transporting or parking of autos.
2. ***Bodily injury*** means bodily injury to a person, including resulting sickness, disease or death.
3. ***Farm auto*** means a truck type vehicle with a gross vehicle weight of 15,000 pounds or less, not used for commercial purposes other than farming.
4. ***Insured*** means a person or organization described under **PERSONS INSURED**.
5. ***Non-owned auto*** means a ***private passenger auto***, ***farm auto***, ***utility auto*** or ***trailer*** not owned by or furnished for the regular use of either ***you*** or ***your relative***, other than a ***temporary substitute auto***. ***You*** or ***your relative*** must be using the ***non-owned auto*** or ***trailer*** within the scope of permission given by its owner. A ***private passenger auto, farm auto, utility auto*** or ***trailer*** rented or leased for more than 30 days will be considered as furnished for regular use. Two or more ***private passenger autos***, ***farm autos***, ***utility autos*** or ***trailers*** consecutively rented or leased, one after the other, for more than 30 consecutive days will be considered as furnished for regular use.
   A ***non-owned auto*** does not include:
   (a) any motor vehicle rented or leased by ***you*** or a ***relative*** for the purpose of providing ***ride-sharing*** services. A motor vehicle is considered to have been rented or leased for the purpose of providing ***ride-sharing*** services, whether actually used for ***ride-sharing*** or not, if the rental or lease agreement specifically allows the motor vehicle to be used for ***ride-sharing*** with a ***transportation network company*** ; or
   (b) any motor vehicle rented or leased by ***you*** or a ***relative*** which is registered for use for ***ride-sharing*** with a ***transportation network company*** ; or
   (c) any motor vehicle rented or leased by ***you*** or a ***relative*** which is approved for use for ***ride-sharing*** by a ***transportation network company*** ; or
   (d) any motor vehicle rented or leased by ***you*** or a ***relative*** which displays an interior or exterior marking that identifies the motor vehicle as a vehicle for hire.
6. ***Owned auto*** means:
   (a) a vehicle described in this policy for which a premium charge is shown for these coverages;
   (b) a ***trailer*** owned by ***you***;
   (c) a ***private passenger auto***, ***farm auto*** or ***utility auto***, ownership of which ***you*** acquire during the policy period or for which ***you*** enter into a lease during the policy period for six months or more, if
      (i) it replaces an ***owned auto*** as defined in (a) above; or
      (ii) we insure all ***private passenger autos***, ***farm autos*** and ***utility autos*** owned or leased by ***you*** on the date of the acquisition, and ***you*** ask us to add it to the policy no more than 30 days later;
   (d) a ***temporary substitute auto***.
7. ***Personal vehicle sharing program*** means a business, organization, network or group facilitating the sharing of private passenger motor vehicles for use by individuals or businesses.
8. ***Private passenger auto*** means a four-wheel private passenger, station wagon or jeep-type auto.
9. ***Relative*** means a person related to ***you*** who resides in ***your*** household.
10. ***Ride-sharing*** means the use of any vehicle by any ***insured*** in connection with a ***transportation network company*** from the time an ***insured*** logs on to or signs in to any computer or digital application or platform that connects or matches driver(s) with passenger(s) until the time an ***insured*** logs out of or signs off of any such application or platform, including while en route to pick up passenger(s) and while transporting passenger(s).
11. ***Temporary substitute auto*** means an automobile or ***trailer***, not owned by ***you***, temporarily used with the permission of the owner. This vehicle must be used as a substitute for the ***owned auto*** or ***trailer*** when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction.
   A ***temporary substitute auto*** does not include:
   (a) any motor vehicle rented or leased by ***you*** or a ***relative*** for the purpose of providing ***ride-sharing*** services. A motor vehicle is considered to have been rented or leased for the purpose of providing ***ride-sharing*** services, whether actually used for ***ride-sharing*** or not, if the rental or lease agreement specifically allows the motor vehicle to be used for ***ride-sharing*** with a ***transportation network company*** ; or

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

(b) any motor vehicle rented or leased by ***you*** or a ***relative*** which is registered for use for ***ride-sharing*** with a ***transportation network company*** ; or
(c) any motor vehicle rented or leased by ***you*** or a ***relative*** which is approved for use for ***ride-sharing*** by a ***transportation network company*** ; or
(d) any motor vehicle rented or leased by ***you*** or a ***relative*** which displays an interior or exterior marking that identifies the motor vehicle as a vehicle for hire.

**12.** ***Trailer*** means a trailer designed to be towed by a ***private passenger auto***, ***farm auto*** or ***utility auto*** when ***used*** with such auto. It includes such trailers when towed by other types of autos for other than business or commercial purposes.
**13.** ***Transportation network company*** means a company or organization facilitating and/or providing transportation services using a computer or digital application or platform to connect or match passengers with drivers for compensation or a fee.
**14.** ***Use*** of an auto includes the loading and unloading of the auto.
**15.** ***Utility auto*** means a vehicle, other than a ***farm auto***, with a gross vehicle weight of 15,000 pounds or less of the pick-up body, van, or panel truck type not used for commercial purposes.
**16.** ***War*** means armed conflict between nations, whether or not declared, civil war, insurrection, rebellion or revolution.
**17.** ***You*** and ***your*** means only the individual(s) named in the **Declarations Page** as **Named Insured** and his or her spouse if a resident of the same household.
***You*** and ***your*** does not include any individual(s) named in the **Declarations Page** as:
(a) **Additional Drivers**;
(b) **Additional Driver**; or
(c) any other individual(s).

**LOSSES WE WILL PAY FOR YOU UNDER SECTION I**

Under Section I, we will pay damages which an ***insured*** becomes legally obligated to pay because of:
**1.** ***bodily injury*** , sustained by a person; and
**2.** damage to or destruction of property,
arising out of the ownership, maintenance or use of the ***owned auto*** or a ***non-owned auto*** . We will defend any suit for damages payable under the terms of this policy. We may investigate and settle any claim or suit.

**ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE LIABILITY COVERAGES**

**1.** All investigative and legal costs incurred by us.
**2.** All court costs charged to an ***insured*** in a covered lawsuit.
**3.** Interest calculated on that part of a judgment that is within our limit of liability and accruing:
(a) Before the judgment, where owed by law, and until we pay, offer to pay, or deposit in court the amount due under this coverage;
(b) After the judgment, and until we pay, offer to pay, or deposit in court, the amount due under this coverage.
**4.** Premiums for appeal bonds in a suit we appeal, or premiums for bonds to release attachments; but the face amount of these bonds may not exceed the applicable limit of our liability.
**5.** Premiums for bail bonds paid by an ***insured*** due to traffic law violations arising out of the use of an insured auto, not to exceed $250 per bail bond.
**6.** We will upon request by an ***insured***, provide reimbursement for the following items:
(a) Reasonable costs, up to $500, incurred when that ***insured*** provides and renders first aid to others at the time of an accident involving an ***owned auto*** or ***non-owned auto.***
(b) Loss of earnings up to $50 a day, but not other income, if we request an ***insured*** to attend hearings and trials.
(c) All reasonable costs incurred by an ***insured*** at our request.

**EXCLUSIONS**

**When Section I Does Not Apply**

Section I does not apply to any claim or suit for damage if one or more of the exclusions listed below applies.
**1.** Section I does not apply to any vehicle used :
(a) to carry persons for compensation or a fee; or
(b) for ***ride-sharing***.
However, a vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:
(i) An ***insured*** receives no payment for using a vehicle for a car pool ride; or
(ii) An ***insured*** receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an ***insured*** receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an ***insured*** is not required to be reported for income tax purposes.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

2. ***Bodily injury*** or property damage caused intentionally by or at the direction of an ***insured*** is not covered.
3. We do not cover ***bodily injury*** or property damage that is insured under a nuclear liability policy.
4. ***Bodily injury*** to an employee of an ***insured*** arising out of and in the course of employment by an ***insured*** is not covered.
   However, ***bodily injury*** of a domestic employee of the ***insured*** is covered unless benefits are payable or are required to be provided under a workers' or workmen's compensation law.
5. We do not cover ***bodily injury*** to a fellow employee of an ***insured*** if the fellow employee's ***bodily injury*** arises from the use of an auto while in the course of employment and if workers' compensation or other similar coverage is available. We will defend ***you*** if suit is brought by a fellow employee against ***you*** alleging use, ownership or maintenance of an auto by ***you***.
6. We do not cover an ***owned auto*** while used by a person (other than ***you*** or a ***relative***) when he is employed or otherwise engaged in the ***auto business***.
7. We do not cover damage to:
   (a) property owned, operated, transported or used by an ***insured***;
   (b) property rented to or in the charge of an ***insured*** other than a residence or private garage.
8. We do not cover the United States of America or any of its agencies.
9. A ***non-owned auto*** while maintained or used by any person is not covered while such person is employed or otherwise engaged in (1) any ***auto business*** if the accident arises out of that business; (2) any other business or occupation of any ***insured*** if the accident arises out of that business or occupation, except a ***private passenger auto*** used by ***you*** or ***your*** chauffeur or domestic servant while engaged in such other business.
10. We do not cover any liability assumed under any contract or agreement.
11. Section I does not apply to:
    (a) ***bodily injury*** or property damage caused by an auto driven in or preparing for any racing, speed, or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or
    (b) the operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

    This exclusion only applies to damages in excess of the minimum financial responsibility limits for the state of Kansas.
12. Regardless of any other provision of this policy, there is no coverage for punitive or exemplary damages.
13. Section I does not apply to any vehicle used to carry property for compensation or a fee, including but not limited to the delivery of food or any other products. This exclusion only applies to damages in excess of the minimum financial responsibility limits for the state of Kansas.
14. There is no coverage under this Section for any person or organization while an ***owned auto*** is operated, maintained or used as part of personal vehicle sharing facilitated by a ***personal vehicle sharing program*** . This exclusion does not apply to the operation of a ***temporary substitute auto*** by ***you*** and ***your relatives*** or to any other person using the ***temporary substitute auto*** with ***your*** express or implied consent.

**PERSONS INSURED**

**Who Is Covered**

Section I applies to the following as ***insureds*** with regard to an ***owned auto****:*

1. ***you*** and ***your relatives***;
2. any other person using the auto with ***your*** express or implied consent;
3. any other person or organization for his or its liability because of acts or omissions of an ***insured*** under **1.** or **2.** above.

Section I applies to the following with regard to a ***non-owned auto****:*

1. (a) ***you***;
   (b) ***your relatives*** when using a ***private passenger auto***, ***farm auto***, ***utility auto*** or ***trailer*** with the express or implied consent of the owner.
2. a person or organization, not owning or hiring the auto, regarding his or its liability because of acts or omissions of an ***insured*** under **1.** above. The limits of liability stated in the declarations are our maximum obligations regardless of the number of ***insureds*** involved in the occurrence.

**FINANCIAL RESPONSIBILITY LAWS**

Whenever this policy is certified as proof of financial responsibility for the future, this policy will comply with the provisions of the law to the extent required.

**OUT OF STATE INSURANCE**

When the policy applies to the operation of a motor vehicle outside of ***your*** state, we agree to increase ***your*** coverages to the extent required of out-of-state motorists by local law. This additional coverage will be reduced to the extent that ***you*** are protected by another insurance policy. No person can be paid more than once for any item of loss.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**LIMITS OF LIABILITY**

Regardless of the number of autos or ***trailers*** to which this policy applies:

**1.** The limit of bodily injury liability stated in the declarations as applicable to "each person" is the limit of our liability for all damages, including damages for care and loss of services, because of ***bodily injury*** sustained by one person as the result of one occurrence.

**2.** The limit of such liability stated in the declarations as applicable to "each occurrence" is, subject to the above provision respecting each person, the total limit of our liability for all such damages, including damages for care and loss of services, because of ***bodily injury*** sustained by two or more persons as the result of any one occurrence.

**3.** The limit of property damage liability stated in the declarations is the total limit of our liability for all damages because of injury to or destruction of the property of one or more persons or organizations, including the loss of use of the property as the result of any one occurrence.

**OTHER INSURANCE**

If there is other applicable liability insurance available, any insurance we provide shall be excess over any other applicable liability insurance. If more than one policy applies on an excess basis, we will not owe more than our pro-rata share of the total liability insurance available.

**CONDITIONS**

The following conditions apply to Section I:

**1.** NOTICE

As soon as possible after an occurrence, notice must be given to us or our authorized agent stating:

(a) the identity of the ***insured***;

(b) the time, place and details of the occurrence;

(c) the names and addresses of the injured, and of any witnesses; and

(d) the names of the owners and the description and location of any damaged property.

If a claim or suit is brought against an ***insured***, he must promptly send us each demand, notice, summons or other process received.

**2.** TWO OR MORE AUTOS

If this policy covers two or more autos, the limit of coverage applies separately to each. An auto and an attached ***trailer*** are considered to be one auto.

**3.** ASSISTANCE AND COOPERATION OF THE INSURED

The ***insured*** will cooperate and assist us, if requested:

(a) in the investigation of the occurrence;

(b) in making settlements;

(c) in the conduct of suits;

(d) in enforcing any right of contribution or indemnity against any legally responsible person or organization because of ***bodily injury*** or property damage;

(e) at trials and hearings;

(f) in securing and giving evidence; and

(g) by obtaining the attendance of witnesses.

Only at his own cost will the ***insured*** make a payment, assume any obligation or incur any cost other than for first aid to others.

**4.** ACTION AGAINST US

No suit will lie against us:

(a) unless the ***insured*** has fully complied with all the policy's terms and conditions, and

(b) until the amount of the ***insured's*** obligation to pay has been finally determined, either:

(i) by a final judgment against the ***insured*** after actual trial; or

(ii) by written agreement of the ***insured***, the claimant and us.

A person or organization or the legal representative of either, who secures a judgment or written agreement, may then sue to recover up to the policy limits. No person or organization, including the ***insured***, has a right under this policy to make us a defendant in an action to determine the ***insured's*** liability.

Bankruptcy or insolvency of the ***insured*** or his estate will not relieve us of our obligations.

**5.** SUBROGATION

When payment is made under this policy, we will be subrogated to all the ***insured's*** rights of recovery against others. The ***insured*** will help us to enforce these rights. The ***insured*** will do nothing after loss to prejudice these rights. This means we will have the right to sue for or otherwise recover the loss from anyone else who may be held responsible.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

## SECTION II - AUTO MEDICAL PAYMENTS COVERAGE
## Protection For You And Your Passengers For Medical Expenses

### DEFINITIONS

The definitions of terms shown under Section I apply to this coverage. In addition, under this coverage, ***occupying*** means in or upon or entering into or alighting from.

### PAYMENTS WE WILL MAKE

Under this coverage, we will pay all reasonable expenses actually incurred by an ***insured*** within one year from the date of accident for necessary medical, surgical, x-ray, dental services, prosthetic devices, ambulance, hospital, professional nursing and funeral services. The one year limit does not apply to funeral services.

This coverage applies to:

**1.** ***you*** and each ***relative*** who sustains ***bodily injury*** caused by accident:
   (a) while ***occupying*** the ***owned auto***; or
   (b) while ***occupying*** a ***non-owned auto*** if ***you*** or ***your relative*** reasonably believe ***you*** have the owner's permission to use the auto; or
   (c) when struck as a pedestrian by an auto or ***trailer***.

**2.** any other person who sustains ***bodily injury*** caused by accident while ***occupying*** the ***owned auto*** while being used by ***you***, a resident of ***your*** household, or other persons with ***your*** permission.

### EXCLUSIONS

**When Section II Does Not Apply**

**1.** There is no coverage for ***bodily injury*** arising out of the ownership, maintenance, or use of an ***owned auto*** or ***non-owned auto*** while being used:
   (a) to carry persons or property for compensation or a fee, including but not limited to delivery of food or any other products; or
   (b) for ***ride-sharing***.

   This exclusion does not apply to ***you*** or any ***relative*** while a passenger and not operating the motor vehicle. Further, this exclusion will not apply to ordinary car pools. An ordinary car pool is one where:
      (i) An ***insured*** receives no payment for using a vehicle for a car pool ride; or
      (ii) An ***insured*** receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an ***insured*** receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an ***insured*** is not required to be reported for income tax purposes.

**2.** There is no coverage for an ***insured*** while ***occupying*** a vehicle located for use as a residence or premises.

**3.** ***You*** and ***your relatives*** are not covered for ***bodily injury*** sustained while ***occupying*** or when struck by:
   (a) a farm-type tractor or other equipment designed for use principally off public roads, while not upon public roads; or
   (b) a vehicle operated on rails or crawler-treads.

**4.** There is no coverage for persons employed in the ***auto business***, if the accident arises out of that business and if benefits are required to be provided under a workers' compensation law.

**5.** There is no coverage for ***bodily injury*** sustained due to ***war***.

**6.** The United States of America or any of its agencies are not covered as an ***insured***, a third party beneficiary, or otherwise.

**7.** Section II does not apply to:
   (a) ***bodily injury*** caused by an auto driven in or preparing for any racing, speed, or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or
   (b) the operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

**8.** There is no coverage for ***bodily injury*** while an ***owned auto*** is operated, maintained or used as part of personal vehicle sharing facilitated by a ***personal vehicle sharing program*** .

   This exclusion does not apply to:
   (a) ***you*** and each ***relative*** who sustains ***bodily injury*** caused by accident while ***occupying*** a ***temporary substitute auto***; and
   (b) any other person who sustains ***bodily injury*** caused by accident while ***occupying*** a ***temporary substitute auto*** while being used by ***you***, a resident of ***your*** household, or other persons with ***your*** permission.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**LIMIT OF LIABILITY**

The limit of liability for Medical Payments stated in the declarations is the limit we will pay for all costs incurred by or on behalf of each person who sustains ***bodily injury*** in one accident. This applies regardless of the number of persons insured or the number of autos or ***trailers*** to which this policy applies.

**OTHER INSURANCE**

If the ***insured*** has other medical payments insurance against a loss covered by Section II of this policy, we will not owe more than our pro rata share of the total coverage available.

Any insurance we provide to a person who sustains ***bodily injury*** while ***occupying*** a vehicle ***you*** do not own shall be excess over any other valid and collectible insurance.

**CONDITIONS**

The following conditions apply to this coverage:

**1.** NOTICE

As soon as possible after an accident, notice must be given to us or our authorized agent stating:

(a) the identity of the ***insured***;
(b) the time, place and details of the accident; and
(c) the names and addresses of the injured, and of any witnesses.

**2.** TWO OR MORE AUTOS

If this policy covers two or more autos, the limit of coverage applies separately to each. An auto and an attached ***trailer*** are considered to be one auto.

**3.** ACTION AGAINST US

Suit will not lie against us unless the ***insured*** has fully complied with all the policy terms.

**4.** MEDICAL REPORTS - PROOF AND PAYMENT OF CLAIMS

As soon as possible, the injured person or his representative will furnish us with written proof of claim, under oath if required. After each request from us, he will give us written authority to obtain medical reports and copies of records. The injured person will submit to an examination by doctors chosen by us and at our expense as we may reasonably require.

We may pay either the injured person, the doctor or other persons or organizations rendering medical services. These payments are made without regard to fault or legal liability of the ***insured***.

**5.** SUBROGATION

When payment is made under this policy, we will be subrogated to all the ***insured's*** rights of recovery against others. The ***insured*** will help us to enforce these rights. The ***insured*** will do nothing after loss to prejudice these rights. This means we will have the right to sue for or otherwise recover the loss from anyone else who may be held responsible.

---

## SECTION III - PHYSICAL DAMAGE COVERAGES
## Your Protection For Loss Or Damage To Your Car

---

**DEFINITIONS**

The definitions of the terms ***auto business, farm auto, non-owned auto*** , ***personal vehicle sharing program*** , ***private passenger auto, relative***, ***ride-sharing***, ***temporary substitute auto, transportation network company, utility auto***, ***war***, ***you*** and ***your*** under Section I apply to Section III also.

Under this Section, the following special definitions apply:

**1.** ***Actual cash value*** is the replacement cost of the auto or property less ***depreciation*** or ***betterment***.

**2.** ***Betterment*** is improvement of the auto or property to a value greater than its pre-loss condition.

**3.** ***Collision*** means ***loss*** caused by upset of the covered auto or its collision with another object, including an attached vehicle.

**4.** ***Depreciation*** means a decrease or loss in value to the auto or property because of use, disuse, physical wear and tear, age, outdatedness or other causes.

**5.** ***Insured*** means:

(a) regarding the ***owned auto***:
 (i) ***you*** and ***your relatives***;
 (ii) a person or organization maintaining, using or having custody of the auto with ***your*** permission.
(b) regarding a ***non-owned auto***; ***you*** and ***your relatives***, using the auto, if the actual operation or use is with the permission or reasonably believed to be with the permission of the owner.

**6.** ***Loss*** means direct and accidental loss of or damage to:

(a) the auto, including its equipment; or
(b) other insured property.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**7.** ***Owned auto*** means:
(a) any vehicle described in this policy for which a specific premium charge indicates there is coverage;
(b) a ***private passenger auto***, ***farm auto***, ***utility auto*** or a ***trailer***, ownership of which is acquired by ***you*** during the policy period or for which ***you*** enter into a lease during the policy period for six months or more; if
(i) it replaces an ***owned auto*** as described in (a) above, or
(ii) we insure all ***private passenger autos***, ***farm autos***, ***utility autos*** and ***trailers*** owned or leased by ***you*** on the date of such acquisition and ***you*** request us to add it to the policy within 30 days afterward;
(c) a ***temporary substitute auto***.

**8.** ***Trailer*** means a trailer designed to be towed by a ***private passenger auto*** and not used as a home, residence, office, store, display or passenger trailer. ***Trailer*** does not mean a trailer with built-in sleeping facilities designed for recreational or camping use.

**9.** ***Custom parts or equipment*** means paint, equipment, devices, accessories, enhancements, and changes, other than those which are original manufacturer installed, which:
(a) are permanently installed or attached; or
(b) alter the appearance or performance of a vehicle.

This includes any electronic equipment, antennas, and other devices used exclusively to send or receive audio, visual, or data signals, or to play back recorded media, other than those which are original manufacturer installed, that are permanently installed in the ***owned auto*** or a newly acquired vehicle using bolts or brackets, including slide-out brackets.

## LOSSES WE WILL PAY FOR YOU

### Comprehensive (Excluding Collision)

**1.** We will pay for each ***loss***, less the applicable deductible, caused other than by ***collision***, to the ***owned auto*** or ***non-owned auto*** . This includes glass breakage or ***loss*** caused by:
(a) Missiles;
(b) Falling objects;
(c) Fire;
(d) Lightning;
(e) Theft;
(f) Larceny;
(g) Explosion;
(h) Earthquake;
(i) Colliding with a bird or animal;
(j) Windstorm;
(k) Hail;
(l) Water;
(m) Flood;
(n) Malicious mischief;
(o) Vandalism;
(p) Riot; or
(q) Civil commotion.

At the option of the ***insured***, breakage of glass caused by ***collision*** may be paid under the Collision Coverage, if included in the policy.

**2.** ***Losses*** arising out of a single occurrence shall be subject to no more than one deductible.

### Collision

**1.** We will pay for ***collision loss*** to the ***owned auto*** or ***non-owned auto*** for the amount of each ***loss*** less the applicable deductible.

**2.** ***Losses*** arising out of a single occurrence shall be subject to no more than one deductible.

## ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE PHYSICAL DAMAGE COVERAGES

**1.** We will reimburse the ***insured*** for transportation expenses incurred during the period beginning 48 hours after a theft of the entire auto covered by Comprehensive Coverage under this policy has been reported to us and the police. Reimbursement ends when the auto is returned to use or we pay for the ***loss***.
Reimbursement will not exceed $25 per day, or $750 per ***loss.***

**2.** We will pay general average and salvage charges for which the ***insured*** becomes legally liable when the auto is being transported.

## EXCLUSIONS

### When The Physical Damage Coverages Do Not Apply

**1.** There is no coverage for an auto:
(a) used to carry passengers or goods for hire; or
(b) while being used for ***ride-sharing.***

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

However, a vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:

(i) An ***insured*** receives no payment for using a vehicle for a car pool ride; or

(ii) An ***insured*** receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an ***insured*** receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an ***insured*** is not required to be reported for income tax purposes.

**2.** ***Loss*** due to ***war*** is not covered.

**3.** We do not cover ***loss*** to a ***non-owned auto*** when used by the ***insured*** in the ***auto business***.

**4.** There is no coverage for ***loss*** caused by and limited to wear and tear, freezing, mechanical or electrical breakdown or failure, unless that damage results from a covered theft.

**5.** Tires, when they alone are damaged by ***collision***, are not covered.

**6.** ***Loss*** due to radioactivity is not covered.

**7.** ***Loss*** to any tape, wire, record disc or other medium for use with a device designed for the recording and/or reproduction of sound is not covered.

**8.** We do not cover ***trailers*** when used for business or commercial purposes with vehicles other than ***private passenger autos***, ***farm autos*** or ***utility autos***.

**9.** We do not cover ***loss*** for ***custom parts or equipment***, in excess of $1,000, unless the existence of those ***custom parts or equipment*** has been previously reported to us and an endorsement to the policy has been added.

**10.** There is no coverage for any liability assumed under any contract or agreement.

**11.** There is no coverage for any ***loss*** or damage resulting from:

a. the acquisition of a stolen vehicle;

b. any governmental, legal or other action to return a vehicle to its legal, equitable, or beneficial owner, or anyone claiming an ownership interest in the vehicle;

c. any confiscation, seizure or impoundment of a vehicle by governmental authorities; or

d. the sale of an ***owned auto***.

**12.** There is no coverage for the destruction, impoundment, confiscation or seizure of a vehicle by governmental or civil authorities due to its use by ***you***, a ***relative*** or a permissive user of the vehicle in illegal activity.

**13.** Section III does not apply to any ***loss*** caused by:

(a) an ***insured's*** participation in or preparation for any racing, speed or demolition contest or stunting activity of any nature, whether or not prearranged or organized; or

(b) the operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

**14.** There is no coverage under this Section for any person or organization while an ***owned auto*** is operated, maintained or used as part of personal vehicle sharing facilitated by a ***personal vehicle sharing program*** . This exclusion does not apply to a ***temporary substitute auto*** operated by ***you*** or a ***relative***.

**LIMIT OF LIABILITY**

The limit of our liability for ***loss***:

**1.** is the ***actual cash value*** of the property at the time of the ***loss***;

**2.** will not exceed the prevailing competitive price to repair or replace the property at the time of ***loss***, or any of its parts, including parts from non-original equipment manufacturers, with other of like kind and quality and will not include compensation for any diminution of value claimed to result from the ***loss***. Although ***you*** have the right to choose any repair facility or location, the limit of liability for repair or replacement of such property is the prevailing competitive price which is the price we can secure from a competent and conveniently located repair facility. At ***your*** request, we will identify a repair facility that will perform the repairs or replacement at the prevailing competitive price;

**3.** to a ***trailer*** not owned by ***you*** is $500;

**4.** for ***custom parts or equipment*** is limited to the ***actual cash value*** of the ***custom parts or equipment***, not to exceed the ***actual cash value*** of the vehicle. However, the most we will pay for ***loss*** to ***custom parts or equipment*** is $1,000, unless the existence of those ***custom parts or equipment*** has been previously reported to us and an endorsement to the policy has been added.

***Actual cash value*** of property will be determined at the time of the ***loss*** and will include an adjustment for ***depreciation/betterment*** and for the physical condition of the property.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**OTHER INSURANCE**

If the ***insured*** has other insurance against a ***loss*** covered by Section III, we will not owe more than our pro-rata share of the total coverage available.

Any insurance we provide for a vehicle ***you*** do not own shall be excess over any other valid and collectible insurance.

**CONDITIONS**

The following conditions apply only to the Physical Damage coverages:

**1.** NOTICE

As soon as possible after a ***loss***, notice must be given to us or our authorized agent stating:

*(a)* the identity of the ***insured****;*

(b) a description of the auto or ***trailer***;

(c) the time, place and details of the ***loss***; and

(d) the names and addresses of any witnesses.

In case of theft, the ***insured*** must promptly notify the police. In the case of theft of the entire vehicle, the ***insured*** must promptly notify the police that the vehicle was stolen. To be eligible as a covered ***loss***, the police report must acknowledge and classify the report as theft of a motor vehicle. The ***insured*** must cooperate fully with the police investigation, with the claim investigation, and with the prosecution of any person(s) charged with theft, and with any civil suit brought by us against the person(s) responsible to recover for the ***loss***.

**2.** TWO OR MORE AUTOS

If this policy covers two or more autos or ***trailers***, the limit of coverage and any deductibles apply separately to each.

**3.** ASSISTANCE AND COOPERATION OF THE INSURED

The ***insured*** will cooperate and assist us, if requested:

(a) in the investigation of the ***loss***;

(b) in making settlements;

(c) in the conduct of suits;

(d) in enforcing any right of subrogation against any legally responsible person or organization;

(e) at trials and hearings;

(f) in securing and giving evidence; and

(g) by obtaining the attendance of witnesses.

**4.** ACTION AGAINST US

Suit will not lie against us unless the policy terms have been complied with and until 30 days after proof of loss is filed and the amount of ***loss*** is determined.

If we retain salvage, we have no duty to preserve or otherwise retain the salvage for any purpose, including as evidence for any civil or criminal proceeding. If ***you*** ask us immediately after a loss to preserve the salvage for inspection, we will do so for a period not to exceed 30 days. ***You*** may purchase the salvage from us if ***you*** wish.

**5.** INSURED'S DUTIES IN EVENT OF LOSS

In the event of ***loss*** the ***insured*** will:

(a) Use reasonable means to protect the auto from further ***loss***. Reasonable expenses incurred for this protection will be paid by us.

(b) File with us, within 91 days after ***loss***, his sworn proof of loss including all information we may reasonably require.

(c) At our request, the ***insured*** will exhibit the damaged property.

**6.** APPRAISAL

If we and the ***insured*** do not agree on the amount of ***loss***, either may, within 30 days after proof of loss is filed, request an appraisal of the ***loss***. **The appraisal procedure is voluntary, and both we and the *insured* must mutually agree to the procedure. The decision by the appraiser will be binding on both parties.** The appraiser will state separately the ***actual cash value*** and the amount of the ***loss***. We and the ***insured*** will bear equally the other expenses of the appraisal.

We will not waive our rights by any of our acts relating to appraisal.

**7.** PAYMENT OF LOSS

We may at our option:

(a) pay for the ***loss***; or

(b) repair or replace the damaged or stolen property.

At any time before the ***loss*** is paid or the property replaced, we may return any stolen property to ***you*** or to the address shown in the declarations at our expense with payment for covered damage. We may take all or part of the property at the agreed or appraised value, but there will be no abandonment to us. We may settle claims for ***loss*** either with the ***insured*** or the owner of the property.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**8.** NO BENEFIT TO BAILEE

This insurance does not apply directly or indirectly to the benefit of a carrier or other bailee for hire liable for the ***loss*** of the auto.

**9.** SUBROGATION

When payment is made under this policy, we will be subrogated to all the ***insured's*** rights of recovery against others. The ***insured*** will help us to enforce these rights. The ***insured*** will do nothing after ***loss*** to prejudice these rights. This means we will have the right to sue for or otherwise recover the ***loss*** from anyone else who may be held responsible.

**10.** ASSIGNMENT

With respect to Section III, Physical Damage Coverages, an assignment of interest under this policy will not bind us without our consent. Any nonconforming assignment shall be void and invalid. Moreover, the assignee of a nonconforming assignment shall acquire no rights under this contract and we shall not recognize any such assignment.

## SECTION IV-UNINSURED MOTORISTS COVERAGE

**Protection For You And Your Passengers For Injuries Caused By Uninsured And Hit-And-Run Motorists**

**DEFINITIONS**

The definitions of terms for Section I apply to Section IV, except for the following special definitions:

**1.** ***Hit-and-run motor vehicle*** is a motor vehicle that directly causes an accident, with or without physical contact and whose operator or owner cannot be identified, resulting in ***bodily injury*** to:

(a) ***you*** or any ***relative***;

(b) any other person while ***occupying your insured auto***,

provided the ***insured*** or someone on his behalf:

(a) reports the accident immediately, by the quickest means of communication, to a police, peace or judicial officer or to the Commissioner of Motor Vehicles; and

(b) makes available for inspection, at our request, the auto ***occupied*** by the ***insured*** at the time of the accident.

In an accident involving a ***hit-and-run motor vehicle*** where there has not been any physical contact with the ***hit-and-run motor vehicle***, the facts of the accident must be proven by reliable evidence from disinterested witnesses who are not making claim under this or similar coverage.

**2.** ***Insured*** means:

(a) ***you***;

(b) ***relatives*** of (a) above if residents of his household;

(c) any other person while ***occupying*** an ***owned auto***;

(d) any person who is entitled to recover damages because of ***bodily injury*** sustained by an ***insured*** under (a), (b), and (c) above.

If there is more than one ***insured***, our limit of liability will not be increased.

**3.** ***Insured auto*** is an auto:

(a) described in the declarations and covered by the bodily injury liability coverage of this policy;

(b) temporarily substituted for an ***insured auto*** when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction; or

(c) operated by ***you*** or ***your*** spouse if a resident of the same household.

But the term ***insured auto*** does not include:

(i) an auto being used without the owner's permission; or

*(ii)* under subparagraphs (b) and (c) above, an auto owned by or furnished for the regular use of an ***insured.***

**4.** ***Occupying*** means in, upon, entering into or alighting from.

**5.** ***State*** includes the District of Columbia, the territories and possessions of the United States, and the Provinces of Canada.

**6.** ***Underinsured motor vehicle*** means an auto with respect to the operation, maintenance or ***use*** of which the sum of the limits of liability under all bodily injury liability bonds and insurance policies applicable at the time of the accident is less than the limit of Uninsured Motorists Coverage provided in ***your*** policy.

**7.** ***Uninsured motor vehicle*** is a motor vehicle which has no bodily injury liability bond or insurance policy applicable with liability limits complying with the financial responsibility law of the ***state*** in which the ***insured auto*** is principally garaged at the time of an accident. This term also includes an auto whose insurer is or becomes insolvent or denies coverage and an ***underinsured motor vehicle*** as defined.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

The term ***uninsured motor vehicle*** does not include:

(a) an ***insured auto***;
(b) an auto owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;
(c) an auto owned by the United States of America, any other national government, a ***state***, or a political sub-division of any such government or its agencies;
(d) a land motor vehicle or ***trailer*** operated on rails or crawler-treads or located for use as a residence or premises;
(e) a farm-type tractor or equipment designed for ***use*** principally off public roads, except while used upon public roads; or
(f) a ***hit-and-run motor vehicle***.

**LOSSES WE PAY**

Under the Uninsured Motorists coverage we will pay damages for ***bodily injury*** caused by accident which the ***insured*** is legally entitled to recover from the owner or operator of an ***uninsured motor vehicle*** or ***hit-and-run motor vehicle*** arising out of the direct operation, ownership, maintenance or ***use*** of that motor vehicle.

The amount of the ***insured's*** recovery for these damages will be determined by agreement between the ***insured*** or his representative and us.

**EXCLUSIONS**

**When Section IV Does Not Apply**

1. This coverage does not apply to ***bodily injury*** to an ***insured*** if the ***insured*** or his legal representative has made a settlement or has been awarded a judgment of his claim without our prior written consent.
2. ***Bodily injury*** to an ***insured*** while ***occupying*** or through being struck by an ***uninsured motor vehicle*** or ***trailer*** owned by or provided for the regular ***use*** of an ***insured*** or a ***relative*** is not covered.
3. The Uninsured Motorists coverage will not benefit any workers' compensation insurer, self insurer, or disability benefits insurer.
4. We do not cover the United States of America or any of its agencies as an ***insured***, a third party beneficiary or otherwise.
5. We do not cover any person while ***occupying*** a vehicle described in the declarations on which Uninsured Motorists coverage is not carried.
6. Regardless of any other provision of this policy, there is no coverage for punitive or exemplary damages.
7. There is no coverage for ***bodily injury*** under this Section for any person or organization while an ***owned auto*** or ***non-owned auto*** :
   (a) is being used to carry persons for compensation or a fee; or
   (b) is being used for ***ride-sharing***.

   However, a vehicle used in an ordinary car pool is covered. An ordinary car pool is one where:
   (i) An ***insured*** receives no payment for using a vehicle for a car pool ride; or
   (ii) An ***insured*** receives only reimbursement for expenses for using a vehicle for a car pool ride, the reimbursement an ***insured*** receives for providing the car pool ride does not exceed the reasonable cost of gas and depreciation for the distance traveled, and the reimbursement received by an ***insured*** is not required to be reported for income tax purposes.

   This exclusion does not apply to ***you*** or any ***relative*** while a passenger and not operating the vehicle.

**LIMITS OF LIABILITY**

Regardless of the number of autos or ***trailers*** to which this policy applies:

1. The limit of liability for Uninsured Motorists coverage stated in the declarations for "each person" is the limit of our liability for all damages, including those for care or loss of services, due to ***bodily injury*** sustained by one person as the result of one accident.

   If, however, the ***bodily injury*** is caused by an underinsured motorist, the coverage will be limited to the difference between the limits of liability for Uninsured Motorists coverage stated in the declarations as applicable to "each person" and the limits of Bodily Injury coverage carried by the owner or operator of the ***underinsured motor vehicle***.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**2.** The limit of liability stated in the declarations as applicable to "each occurrence" is, subject to the above provision respecting each person, the total limit of our liability for all such damages, including damages for care and loss of services, because of ***bodily injury*** sustained by two or more persons as the result of one accident.
If, however, the ***bodily injury*** is caused by an underinsured motorist, the coverage will be limited to the difference between the limits of liability for Uninsured Motorists coverage stated in the declarations as applicable to "each occurrence " and the limits of Bodily Injury coverage carried by the owner or operator of the ***underinsured motor vehicle***.

**3.** When coverage is afforded to two or more autos, the limits of liability shall apply separately to each auto as stated in the declarations but shall not exceed the highest limit of liability applicable to one auto.
If separate policies with us are in effect for ***you*** or any person in ***your*** household, they may not be combined to increase the limit of our liability for a loss.

The amount payable under this coverage will be reduced by all amounts:

(a) paid by or for all persons or organizations liable for the injury;

(b) paid or payable under the Bodily Injury and Personal Injury Protection coverages of this policy; or

(c) paid or payable under any workers' compensation law, disability benefits law or any similar law.

**OTHER INSURANCE**

If there is other applicable uninsured motorists insurance available, any insurance we provide, subject to the **LIMITS OF LIABILITY** under **Section IV**, shall be excess over any other applicable uninsured motorists insurance.

If more than one uninsured motorists policy applies and its terms provide that it is excess to other uninsured motorists coverage, the damages will be deemed not to exceed the higher of the applicable limits of liability of this uninsured motorists insurance and the other uninsured motorists insurance.

If more than one uninsured motorists policy applies and its terms provide that it is excess to other uninsured motorists coverage, we will not be liable for more than our pro-rata share of the total uninsured motorists coverage available.

**ARBITRATION**

Except as set forth in the last sentence of this paragraph, any dispute arising between any ***insured*** and us regarding:

(a) the extent to which the ***insured*** is legally entitled to recover against an owner or operator of an ***uninsured motor vehicle*** or ***underinsured motor vehicle*** (i.e., issues of liability); or

(b) the amount of damages sustained by the ***insured***

may be arbitrated. However, neither the ***insured*** nor we will be required to arbitrate. **The arbitration procedure will be voluntary, and both we and the *insured* must mutually agree to the procedure.**

Arbitration will not be used to resolve disputes regarding policy interpretation, the existence of this Coverage in a particular policy, or the application of this Coverage to a particular claim or claimant.

We will be obligated to pay no more than the applicable policy limits for this Coverage regardless of whether an arbitration results in an award in excess of the applicable policy limits for this Coverage as defined in this policy. **The arbitration award shall be binding up to the amount of the applicable policy limit.**

Unless otherwise required by state law, the method, manner and format of any arbitration process will be subject to agreement by ***you*** and us. Attorney fees and expenses will be paid by the party incurring them.

**TRUST AGREEMENT**

When we make a payment under this coverage:

**1.** We will be entitled to repayment of that amount out of any settlement or judgment the ***insured*** recovers from any person or organization legally responsible for the ***bodily injury*** .

**2.** The ***insured*** will hold in trust for our benefit all rights of recovery which he may have against any person or organization responsible for these damages. He will do whatever is necessary to secure all rights of recovery and will do nothing after the loss to prejudice these rights.

**3.** At our written request, the ***insured***, in his own name, will take, through a designated representative, appropriate actions necessary to recover payment for damages from the legally responsible person or organization.

**4.** The ***insured*** will execute and furnish us with any needed documents to secure his and our rights and obligations.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**CONDITIONS**

The following conditions apply only to the Uninsured Motorists Coverage:

**1.** NOTICE

As soon as possible after an accident, notice must be given to us or our authorized agent stating:

(a) the identity of the ***insured***;

(b) the time, place and details of the accident; and

(c) the names and addresses of the injured, and of any witnesses.

If the ***insured*** or his legal representative files suit before we make a settlement under this coverage, he must immediately provide us with a copy of the pleadings.

**2.** ASSISTANCE AND COOPERATION OF THE INSURED

After we receive notice of a claim, we may require the ***insured*** to take any action necessary to preserve his recovery rights against any allegedly legally responsible person or organization. We may require the ***insured*** to make that person or organization a defendant in any action against us.

**3.** ACTION AGAINST US

Suit will not lie against us unless the ***insured*** or his legal representative have fully complied with all the policy terms.

**4.** PROOF OF CLAIM - MEDICAL REPORTS

As soon as possible, the ***insured*** or other person making claim must give us written proof of claim, under oath if required. This will include details of the nature and extent of injuries, treatment, and other facts which may affect the amount payable.

Proof of claim must be made on forms furnished by us unless we have not furnished these forms within 15 days after receiving notice of claim.

The injured person will submit to examination by doctors chosen by us, at our expense, as we may reasonably require. In the event of the ***insured's*** incapacity or death, his legal representative must, at our request, authorize us to obtain medical reports and copies of records.

**5.** PAYMENT OF LOSS

Any amount due is payable:

(a) to the ***insured*** or his authorized representative;

(b) if the ***insured*** is a minor, to his parent or guardian; or

(c) if the ***insured*** is deceased, to his surviving spouse; otherwise

(d) to a person authorized by law to receive the payment; or to a person legally entitled to recover payment for the damages.

We may, at our option, pay any amount due in accordance with (d) above.

**6.** SUBROGATION

When we make a payment under this coverage, we shall be subrogated to all rights of recovery, to the extent of our payment, that the ***insured*** may have against any person or organization legally responsible for the ***bodily injury*** . The ***insured*** will help us to enforce this right and will do nothing after loss to prejudice this right.

If the damages in connection with an Underinsured Motorists claim exceed the policy limits of the negligent party's liability insurance, we shall be subrogated to all rights of recovery, to the extent of our total payment, provided that:

(a) if the ***insured*** reached a tentative agreement with the negligent party's insurance carrier for payment of the liability policy limits, the ***insured*** provides us with written notice by certified mail that such an agreement has been reached. The notice shall include documentation of pecuniary losses including copies of all medical bills and written authorization of a court order to obtain reports from all employers and medical providers; and

(b) within 60 days of receipt of the written notice, we substitute payment to the ***insured*** for the tentative agreement amount.

---

## SECTION V-GENERAL CONDITIONS

---

**DEFINITIONS**

The definitions of the terms under Section I also apply to Section V.

These conditions apply to all Coverages in this policy.

**1.** TERRITORY

This policy applies only to accidents, occurrences or losses during the policy period within the United States of America, its territories or possessions, or Canada or when the auto is being transported between ports thereof.

**2.** PREMIUM

When ***you*** dispose of, acquire ownership of, or replace a ***private passenger auto***, ***farm auto*** or ***utility auto***, any necessary premium adjustment will be made as of the date of the change and in accordance with our manuals.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**3.** CHANGES

The terms and provisions of this policy cannot be waived or changed, except by an amendment or endorsement issued to form a part of this policy. We may revise this policy during its term to provide more coverage without an increase in premium. If we do so, ***your*** policy will automatically include the broader coverage when effective in ***your*** state. The premium for each auto is based on the information we have in ***your*** file. ***You*** agree:

(a) that we may adjust ***your*** policy premiums during the policy term if any of this information on which the premiums are based is incorrect, incomplete or changed.

(b) that ***you*** will cooperate with us in determining if this information is correct and complete.

(c) that ***you*** will notify us of any changes in this information.

Any calculation or recalculation of ***your*** premium or changes in ***your*** coverage will be based on the rules, rates and forms on file, if required, for our use in ***your*** state.

**4.** ASSIGNMENT

***Your*** rights and duties under this policy may not be assigned without our written consent.

If ***you*** die, this policy will cover ***your*** surviving spouse, if covered under the policy prior to ***your*** death. Until the expiration of the policy term, we will also cover:

(a) the executor or administrator of ***your*** estate, but only while using an ***owned auto*** and only while acting within the scope of his duties;

(b) any person having proper temporary custody of and using the ***owned auto***, as an ***insured***, until the appointment and qualification of the executor or administrator of ***your*** estate.

**5.** POLICY PERIOD

Unless otherwise cancelled, this policy will expire as shown in the declarations. But, it may be continued by our offer to renew and ***your*** acceptance by payment of the required renewal premium prior to the expiration date. Each period will begin and expire as stated in the declarations.

**6.** CANCELLATION BY THE INSURED

***You*** may cancel this policy by providing notice to us stating when, after the notice, cancellation will be effective. If this policy is cancelled, ***you*** may be entitled to a premium refund. The premium refund, if any, will be computed according to our manuals.

**7.** CANCELLATION BY US

We may cancel this policy by mailing to ***you***, at the address shown in this policy, written notice stating when the cancellation will be effective.

We will mail this notice:

(a) 10 days in advance if the proposed cancellation is for non-payment of premium or any of its installments when due;

(b) 30 days in advance in all other cases.

The mailing or delivery of the above notice will be sufficient proof of notice. The policy will cease to be in effect as of the date and hour stated in the notice.

We will mail the notice of cancellation by registered or certified mail or United States Post Office certificate of mailing.

If this policy is cancelled, ***you*** may be entitled to a premium refund. The premium refund, if any, will be computed according to our manuals. Payment or tender of unearned premium is not a condition of cancellation.

**8.** CANCELLATION BY US IS LIMITED

After this notice has been in effect for 60 days or, if the policy is a renewal, effective immediately, we will not cancel or (except as otherwise permitted by Kansas Law) fail to renew the Bodily Injury Liability, Property Damage Liability or Personal Injury Protection coverages of this policy solely because of age or unless:

(a) ***You*** do not pay the initial or any additional premium for this policy or fail to pay any premium installment when due to us or our agent.

(b) ***You*** obtained the policy through fraudulent misrepresentation.

(c) Any ***insured*** violates any term or condition of the policy.

(d) ***You***, any operator who resides in ***your*** household or any operator who customarily operates an insured auto, has had their driver's license suspended or revoked during the policy period.

(e) ***You***, any operator who resides in ***your*** household or any operator who customarily operates an insured auto, is or becomes subject to epilepsy or heart attacks and cannot produce a physician's certificate testifying to that person's ability to operate a motor vehicle.

(f) ***You***, any operator who resides in ***your*** household or any operator who customarily operates an insured auto, has been convicted of any felony during the policy period or the 36 months prior to the policy effective date.

(g) ***You***, any operator who resides in ***your*** household or any operator who customarily operates an insured auto, has been convicted of criminal negligence resulting in death, homicide or assault, arising out of the operation of a motor vehicle during the policy period or the 36 months prior to the policy effective date.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

(h) ***You***, any operator who resides in ***your*** household or any operator who customarily operates an insured auto, has been convicted of operating a motor vehicle while intoxicated or under the influence of drugs, during the policy period or the 36 months prior to the policy effective date.
(i) ***You***, any operator who resides in ***your*** household or any operator who customarily operates an insured auto, has been convicted of leaving the scene of an accident without stopping to report, during the policy period or the 36 months prior to the policy effective date.
(j) ***You***, any operator who resides in ***your*** household or any customary operator of an insured auto, has been convicted of theft of a motor vehicle, during the policy period or the 36 months prior to the policy effective date.
(k) ***You***, any operator who resides in ***your*** household or any customary operator of an insured auto, has been convicted of making false statements in an application for a driver's license, during the policy period or the 36 months prior to the policy effective date.
(l) ***You***, any operator who resides in ***your*** household or any customary operator of an insured auto, has been convicted, during the policy period or the 36 months prior to the policy effective date, of a third moving violation, committed within an 18 month period of:
  (1) any speed limit regulation,
  (2) any state motor vehicle laws if the violation is a misdemeanor or traffic infraction, or
  (3) any traffic infraction ordinance, or ordinance which prohibits the same acts as a misdemeanor statute of the uniform act regulating traffic on the highways, whether or not the violations were repetitions of the same offense or were different offenses.

The renewal or continuation of this policy shall not act as a bar with respect to reasons for cancellation which existed prior to the effective date of the renewal.

**9.** RENEWAL

We will not refuse to renew the Bodily Injury Liability, Property Damage Liability or Personal Injury Protection coverages of ***your*** policy except:

(a) for one of the reasons listed in Condition **8.**, CANCELLATION BY US IS LIMITED, above; or
(b) we are otherwise permitted to do so by the laws of the State of Kansas.

Should we choose not to renew ***your*** policy, written notice of our refusal to renew will be mailed to ***you***, at the address shown in the policy at least 30 days prior to the policy expiration date. We will mail this notice by registered or certified mail or United States post office certificate of mailing. The mailing or delivery of this notice by us will be sufficient proof of notice.

This policy will expire without notice if any of the following conditions exist. If ***you***:

(1) do not pay the premium as required to renew this policy; or
(2) have informed us or our agent that ***you*** wish the policy cancelled or not renewed; or
(3) do not accept our offer to renew,

it will be construed to mean that ***you*** have refused our renewal offer and the policy will expire.

**10.** OTHER INSURANCE

If other insurance is obtained on ***your*** insured auto, any similar insurance afforded under this policy for that auto will terminate on the effective date of the other insurance.

**11.** DISPOSAL OF VEHICLE

If ***you*** relinquish possession of a leased vehicle or if ***you*** sell or relinquish ownership of an ***owned auto***, any coverage provided by this policy will terminate on the date ***you*** do so.

**12.** DIVIDEND PROVISION

***You*** may be entitled to share in a distribution of the surplus of the Company as determined by its Board of Directors from time to time.

**13.** DECLARATIONS

By accepting this policy, ***you*** agree that:

(a) the statements in ***your*** application and in the declarations are ***your*** agreements and representations;
(b) this policy is issued in reliance upon the truth of these representations; and
(c) this policy, along with the application and declaration sheet, embodies all agreements relating to this insurance.

The terms of this policy cannot be changed orally.

**14.** FRAUD AND MISREPRESENTATION

Coverage is not provided to any person who knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal insurance, or a claim for payment or other benefit pursuant to an insurance policy for personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**15.** EXAMINATION UNDER OATH
The ***insured*** or any other person seeking coverage under this policy must submit to examination under oath by any person named by us when and as often as we may require.

**16.** TERMS OF POLICY CONFORMED TO STATUTES
Any terms of this policy in conflict with the statutes of Kansas are amended to conform to those statutes.

**17.** CHOICE OF LAW
The policy and any amendment(s) and endorsement(s) are to be interpreted pursuant to the laws of the state of Kansas.

## SECTION VI - AMENDMENTS AND ENDORSEMENTS

### PERSONAL INJURY PROTECTION AMENDMENT

We agree with ***you***, subject to all of the provisions of this amendment and to all of the provisions of the policy except as changed by this amendment, as follows:

### PART I - PERSONAL INJURY PROTECTION COVERAGE

We will pay to the ***eligible injured person*** personal injury protection benefits for:

a) ***medical expenses***,
b) ***rehabilitation expenses***,
c) ***work loss***,
d) ***essential service expenses***,
e) ***funeral expenses***, and
f) ***survivor's loss***

incurred because of ***bodily injury*** sustained by an ***eligible injured person*** caused by an accident arising out of the ownership, operation, maintenance or use of a ***motor vehicle***.

### DEFINITIONS

The definition of ***bodily injury*** and ***transportation network company*** as shown in Section I of the policy applies to this coverage. In addition, the following special definitions apply:

**1.** ***Any workmen's compensation law*** means the States Longshoremen's and Harbor Workers' Compensation Act, the Federal Employer Liability Acts, and any similar state or federal law;

**2.** ***Eligible injured person*** means:
a) ***you*** or any ***relative*** who sustains ***bodily injury*** while ***occupying***, or through being struck by any ***motor vehicle***, or
b) any other person who sustains ***bodily injury*** while ***occupying*** the ***insured auto*** or through direct physical contact with the ***insured auto*** while not ***occupying*** any ***motor vehicle***;

**3.** ***Essential service expenses*** means appropriate and reasonable expenses incurred in obtaining ordinary and necessary services in place of those that the ***eligible injured person*** would have performed for the benefit of such person or such person's family had he not been injured;

**4.** ***Funeral expenses*** means funeral, burial or cremation expenses incurred;

**5.** ***Insured auto*** means a ***motor vehicle*** which ***you*** own and with respect to which;
(a) the bodily injury liability insurance of the policy applies and for which a specific premium is charged; and
(b) ***you*** are required or have elected to maintain security required under the Kansas Automobile Injury Reparations Act;

**6.** ***Medical expenses*** means and includes allowances for all reasonable expenses incurred for necessary health care rendered by practitioners licensed by the board of healing arts or licensed psychologists, surgical, x-ray and dental services including prosthetic devices and necessary ambulance, hospital and professional nursing services. Also includes services recognized and permitted under the laws of Kansas for an ***eligible injured person*** who relies upon spiritual means through prayer alone for healing in accordance with such person's religious beliefs;

**7.** ***Monthly earnings*** means:
(1) one-twelfth of the annual earnings, at the time the ***bodily injury*** was sustained, of an ***eligible injured person*** who is regularly employed or regularly self-employed; or
(2) one-twelfth of the anticipated annual earnings of an ***eligible injured person*** who is not regularly employed or self-employed, or who is unemployed, from the time such person would reasonably have been expected to be so employed. Anticipated annual earnings of an unemployed ***eligible injured person*** who has previously been employed or self-employed shall be calculated by averaging the annual compensation of such person for a period not to exceed (5) years preceding the year of his ***bodily injury*** , during which such person was employed. For the purpose of ***survivor's loss***, monthly earnings shall include, in the case of a person who was a social security recipient or a retirement or pension benefit recipient, or both, at the time of such injured person's death, one-twelfth of the annual amount of the difference between the annual amount of the social security benefits or the retirement benefits, or both, that such injured person was receiving at the time of such injured person's death and the annual amount of the social security benefits or the retirement benefits, or both, that the survivor is receiving after the time of such injured person's death;

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

8. ***Motor vehicle*** means a self-propelled vehicle of a kind required to be registered in the State of Kansas, including any trailer, semi-trailer, or pole trailer designed for use with such vehicle, but such term does not include a motorized bicycle;
9. ***Occupying*** means in or upon, getting into or getting out of;
10. ***Rehabilitation expenses*** means all reasonable expenses incurred for necessary psychiatric or psychological services, occupational therapy and such occupational training and retraining as may be reasonably necessary to enable the ***eligible injured person*** to obtain suitable employment;
11. ***Relative*** means a spouse and any other person related to ***you*** by blood, marriage or adoption (including a ward or foster child) who is a resident of ***your*** household or who usually makes such person's home in the same household but temporarily lives elsewhere;
12. ***Ride-sharing*** means the use of any vehicle by any person in connection with a ***transportation network company*** from the time a person logs on to or signs in to any computer or digital application or platform that connects or matches driver(s) with passenger(s) until the time a person logs out of or signs off of any such application or platform, including while en route to pick up passenger(s) and while transporting passenger(s).
13. ***Survivor*** means a deceased ***eligible injured person's*** spouse, or child under the age of eighteen (18) years, where such person's death resulted from ***bodily injury***;
14. ***Survivors loss*** means total allowance to all ***survivors*** for:
    (1) loss after an ***eligible injured person's*** death of such person's ***monthly earnings***; and
    (2) ***essential services expenses*** incurred after such person's death, reduced by the amount of any expenses of the ***survivors*** which have been avoided by reason of such person's death;
15. ***Work loss*** means loss during the ***eligible injured person's*** lifetime of ***monthly earnings*** due to such person's inability to engage in available and appropriate gainful activity, provided the ***bodily injury*** sustained is the proximate cause of such liability;
16. ***You*** and ***your*** means only the individual(s) named in the **Declarations Page** as **Named Insured** and his or her spouse, if a resident of the same household, and also includes the owner. ***You*** and ***your*** does not include any individual(s) named in the **Declarations Page** as:
    (a) **Additional Drivers**;
    (b) **Additional Driver**; or
    (c) any other individual(s).

**EXCLUSIONS**

**When This Coverage Does Not Apply**

a) There is no coverage for ***bodily injury*** to ***you*** or any ***relative*** while ***occupying*** any ***motor vehicle*** owned by ***you*** which is not an ***insured auto***.
b) There is no coverage for ***bodily injury*** to any person operating the ***insured auto*** without ***your*** express or implied consent.
c) There is no coverage for ***bodily injury*** to any person if that person:
    1) caused such ***bodily injury*** to such person intentionally; or
    2) sustained ***bodily injury*** while a converter of the ***motor vehicle*** of another for his own purposes or for those of a third party; or
    3) was injured as a result of conduct within the course of a business of repairing, servicing or otherwise maintaining ***motor vehicles*** unless such conduct occurred off the business premises; or
    4) was injured as a result of conduct in the course of loading or unloading a ***motor vehicle*** unless the conduct occurred while ***occupying*** such ***motor vehicle***.
d) There is no coverage for ***bodily injury*** to any person other than ***you*** if that person is the owner of a ***motor vehicle*** for which security is required under the Kansas Automobile Injury Reparations Act.
e) There is no coverage for ***bodily injury*** to any person other than ***you*** or any ***relative***, who is not a resident of Kansas, if injured while not ***occupying*** the ***insured auto***.
f) There is no coverage for ***bodily injury*** suffered by any person arising out of the operation or use of any ***motor vehicle*** for ***ride-sharing***. This exclusion does not apply to ***you*** or any ***relative*** while a passenger and not operating the ***motor vehicle***.

**LIMITS OF LIABILITY**

Regardless of the number of persons insured, policies or bonds applicable, claims made or ***insured autos*** to which this coverage applies, our liability for personal injury protection benefits for ***bodily injury*** sustained by any one person in any one motor vehicle accident is limited as follows:

1. ***medical expenses*** shall not include ***rehabilitation expenses*** and the maximum amount payable shall not exceed four thousand five hundred dollars ($4,500);
2. ***rehabilitation expenses*** shall not include ***medical expenses*** and the maximum amount payable shall not exceed four thousand five hundred dollars ($4,500);

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

3. for ***work loss***, the maximum amount payable (a) shall not exceed nine hundred dollars ($900) per month for a period of no more than one (1) year after the date the ***eligible injured person*** first becomes unable to engage in available and appropriate gainful activity and (b)shall be limited to 85% of any such ***work loss***; however, if the amount payable will be included in gross income for federal income tax purposes, the 85% limitation shall not apply;
4. for ***essential service expenses*** incurred during the lifetime of the ***eligible injured person*** , the maximum amount payable shall not exceed twenty-five dollars ($25) per day for a period of not longer than three hundred sixty-five (365) days after the date such expenses are first incurred;
5. for ***funeral expenses***, the maximum amount payable shall not exceed two thousand dollars ($2000);
6. for ***survivor's loss*** the maximum amount payable shall not exceed nine hundred dollars ($900) per month for the loss of ***monthly earnings*** of the ***eligible injured person*** and shall not exceed twenty-five dollars ($25) per day for ***essential service expenses***. All ***survivors loss*** benefits shall be paid for a period of not longer than one (1) year after the ***eligible injured person's*** death, less the number of months such person received ***work loss*** prior to such person's death; and
7. if two or more insurers or self-insurers are liable to pay personal injury protection benefits for the same injury to any one person, the maximum benefits payable from all applicable policies shall be the highest limit of any one policy providing this coverage.
   Primary Personal Injury Protection coverage shall be provided by the policy covering:
   a) the ***motor vehicle occupied*** by the injured person at the time of the accident; or
   b) the ***motor vehicle*** causing such physical contact.
8. Any amount payable by us under the terms of this coverage shall be reduced by the amount payable on account of such ***bodily injury*** under ***any workmen's compensation law***.

**POLICY PERIOD; TERRITORY**

This coverage applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**CONDITIONS**

A. Action Against Us
   No action shall lie against us unless there has been full compliance with all the policy terms and conditions.
B. Notice
   As soon as possible after an accident, notice must be given to us or our agent by or on behalf of the ***eligible injured person***. This notice must state:
   a) the time, place and details of the accident; and
   b) the names and addresses of the ***eligible injured persons***.

   If any ***eligible injured person*** or such person's ***survivor*** shall institute legal action to recover damages for ***bodily injury*** against a person or organization who is or may be liable in tort therefore, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to us by such ***eligible injured person*** , such person's legal representatives or such person's ***survivors*** . No claim for personal injury protection benefits shall be made after two (2) years from the date of the ***bodily injury*** .
C. Medical Reports - Proof of Claim
   As soon as practicable, the ***eligible injured person*** or someone on such person's behalf shall give us written proof of claim. The proof of claim shall include full particulars of the nature and extent of the bodily injury treatment and rehabilitation received and contemplated, and such other information as may assist us in determining the amount due and payable. The ***eligible injured person*** shall submit to physical and mental examinations by physicians selected by us when and as often as we may reasonably require.
D. Subrogation
   The ***eligible injured person*** , such person's dependents or personal representatives shall have the right to file suit against any party legally liable for the ***bodily injury*** only when the tort threshold has been met. If an award is made against a party legally liable for the ***bodily injury*** , by judgment, settlement, or other means, we shall have the right to recover from the proceeds the amount of any payment actually made by us. We shall have a lien to the extent of our payment and we shall have the right to intervene in any action to enforce the lien. If the award is made prior to the completion of payment of personal injury protection benefits, the amount actually paid through the judgment, settlement or other recovery which is in excess of the amount of personal injury protection benefits paid to the date of recovery shall be credited against future payments of the personal injury protection benefits.
   If the injured person, such person's dependents or personal representative fails to file suit against the party legally liable for the ***bodily injury*** within 18 months after the accident date, his failure to act will transfer to us any cause of action that person may have against the party legally liable for the injury, to the extent of our payment. We may then file suit in our name or in the name of the injured person, his representative or his dependents for their benefit as their interest may appear.
   If the Kansas Comparative Negligence Law applies, our right of subrogation shall be reduced by the percentage of negligence attributable to the injured person.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

In accordance with this section, the court shall fix attorney fees which shall be paid proportionately by us and the injured person, such person's dependents or personal representatives in the amounts determined by the court.

E. Other Insurance

If two or more insurers or self- insurers are liable to pay personal injury protection benefits for the same injury to any one person, the maximum benefits payable shall be the total of the various maximum benefits provided by the Kansas Automobile Injury Reparations Act, and we shall be entitled to recover from each of the other insurers or self-insurers an equitable pro rata share of the benefits paid and expenses incurred in processing the claim.

F. Payment of Benefits

Personal injury protection benefits payable under this policy shall be overdue if not paid within thirty (30) days after we are furnished written notice of the fact of a covered loss and of the amount of loss except that ***work loss*** payable under this policy shall be paid not less than every two weeks after such notice. If written notice is not furnished as to the entire claim, any partial amounts supported by written notice is overdue if not paid within thirty (30) days after the written notice is furnished. Any part or all of the remainder of the claim that is subsequently supported by written notice is overdue if not paid within thirty (30) days after such written notice is furnished by the Company. All overdue payments shall bear simple interest at the rate of eighteen percent (18%) per annum.

G. Payment of Loss

We may at our option pay:

(a) the ***eligible injured person*** ; or

(b) if the ***eligible injured person*** is a minor, his parent or guardian; or

(c) if the ***eligible injured person*** be incapacitated, or deceased, his spouse; or

(d) any person or organization rendering the services; and such payment shall reduce the amount payable under this coverage. Payment of these benefits shall not constitute an admission of liability to any person.

**Part II**

In consideration of the coverage given under Part I and the adjustment of rates, the following conditions shall apply.

a) Excess Insurance

Any Automobile Medical Payments Coverage afforded under this policy shall be excess insurance over any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of ***bodily injury*** sustained by an ***eligible injured person***.

b) Conflict of Provisions

If there is a conflict between the provisions of this amendment and provisions of the policy to which is attached, the provisions of this amendment shall control.

c) Notice

In the event of an accident, notice of the loss must be given to us or any of our authorized agents as soon as possible. No claim for personal injury protection shall be made after two (2) years from the date of injury.

d) Terms Of Policy Conformed To Statute

Terms of this policy which are in conflict with the provisions of the Kansas Automobile Injury Reparations Act are hereby amended to conform to such law.

**SPECIAL ENDORSEMENT - UNITED STATES GOVERNMENT EMPLOYEES**

**A.** Under the Property Damage liability coverage of Section I, we provide coverage to United States Government employees, civilian or military, using

1. Motor vehicles owned or leased by the United States Government or any of its agencies, or
2. Rented motor vehicles used for United States Government business,

when such use is with the permission of the United States Government. Subject to the limits described in paragraph **B**. below, we will pay sums ***you*** are legally obligated to pay for damage to these vehicles.

**B.** The following limits apply to this Coverage:

1. A $100 deductible applies to each occurrence.
2. For vehicles described in **A**.1. above, our liability shall not exceed the lesser of the following:
   a. the ***actual cash value*** of the property at the time of the occurrence; or
   b. the cost to repair or replace the property, or any of its parts with other of like kind and quality; or
   c. two months basic pay of the ***insured***; or
   d. the limit of Property Damage liability coverage stated in the declarations.
3. For vehicles described in **A**.2. above, our liability shall not exceed the lesser of the following:
   a. the ***actual cash value*** of the property at the time of the occurrence; or
   b. the cost to repair or replace the property, or any of its parts with other of like kind and quality; or
   c. the limit of Property Damage liability coverage stated in the declarations.

This insurance is excess over other valid and collectible insurance.

26SL-AC29090

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

**From:** GEICO <geico@email1.geico.com>
**Sent:** Wednesday, October 2, 2024 11:32 AM
**To:**
**Subject:** Urgent message regarding your GEICO auto policy

**View as Webpage**

GEICO

**ERIC WESTERFIELD**
**Policy Number:**

## Important Notice

We are reaching out to you based on information obtained from a consumer reporting agency. It appears that may be a licensed or permitted driver with your address listed as their primary address.

In order to ensure proper protection, this driver must be added to your policy if they reside in your household.

To add to your policy, simply log in online and navigate to the Driver area. While online, you will also have an opportunity to review additional discounts that may be available to you.

If you do not wish to add this driver to your policy, please contact customer service at 1-800-841-3000 for additional options.

Please note that will be automatically added to your policy as a driver, if no action is taken within 15 days.

If you have already contacted us regarding this matter or have already added to your policy, please disregard this notice.

For additional assistance, please do not hesitate to reply to this email.

Thank you for insuring with GEICO.

Sincerely,

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

GEICO Underwriting

**My Account**

**Manage My Preferences**

**Billing & Payment**

Please note that you cannot opt-out of email that is required to properly service your policy. To manage your email subscriptions, please click here.

This email was sent to you at the following email address:

GEICO

**Contact Us** **Privacy Policy**

Message ID: GEC0395

This email was sent by: GEICO
One GEICO Plaza, Washington, D.C. 20076

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

26SL-AC29090

GEICO
geico.com

Tel: 1-800-841-3000

# Declarations Page

This is a description of your coverage.
Please retain for your records.

GEICO Advantage Insurance Company
P.O. Box 509090
San Diego, CA 92150-9090

**Policy Number:** [redacted]
**Coverage Period:**
08-12-24 through 02-12-25
Your coverage begins and ends at 12:01am local time at the address of the named insured.

Endorsement Effective: 10-19-24

Date Issued: October 19, 2024

ERIC WESTERFIELD
[redacted]
GARDNER KS 66030-5543

Email Address: [redacted]

**Named Insured**
Eric Westerfield
[redacted]

**Additional Drivers**
[redacted]

| Vehicles | VIN | Vehicle Location | Finance Company/ Lienholder |
|---|---|---|---|
| 1 [redacted] | [redacted] | GARDNER KS 66030-5543 | [redacted] |
| 2 [redacted] | [redacted] | GARDNER KS 66030-5543 | [redacted] |
| 3 [redacted] | [redacted] | GARDNER KS 66030-5543 | |
| 4 [redacted] | [redacted] | GARDNER KS 66030-5543 | |

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Bodily Injury Liability Each Person/Each Occurrence | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Property Damage Liability | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Basic Personal Injury Protection | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Uninsured & Underinsured Motorists Each Person/Each Occurrence | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Comprehensive (Excluding Collision) | [redacted] | [redacted] | [redacted] | - | - |
| Collision | [redacted] | [redacted] | [redacted] | - | - |
| Emergency Road Service | [redacted] | [redacted] | [redacted] | - | - |



Continued on Back

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| | [redacted] | - | - | - | [redacted] |
| Rental Reimbursement | [redacted] | - | [redacted] | - | - |
| **Six Month Premium Per Vehicle** | | [redacted] | [redacted] | [redacted] | [redacted] |
| **Total Six Month Premium** | | | | | [redacted] |

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

**Discounts**

**The total value of your discounts is** [redacted]

[redacted]

**The following discounts have also been applied**

[redacted]

**Contract Type:** A30KS

**Contract Amendments:** ALL VEHICLES - A30KS SIGPGCW

**Unit Endorsements:** UE316(VEH 1,2)

**Important Policy Information**

- If your payment isn't honored by your financial institution, you'll be charged a service fee up to $20.00, depending on your state.
- Please review the front and/or back of this page for your coverage and discount information.
- [redacted]

Continued on Next Page

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

## Important Policy Information

- Reminder - Physical damage coverage will not cover loss for custom options on an owned automobile, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. This reminder does NOT apply in VIRGINIA, however, in Virginia coverage is limited for custom furnishings or equipment on pick-up trucks and vans but you may purchase coverage for this equipment. Please call us at 1-800-841-3000 or visit us at geico.com if you have any questions.
- We welcome you to our GEICO family in the Auto Voluntary B10 rate program.
- [redacted] was added as an operator on your policy.

Electronically Filed - St Louis County - August 04, 2026 - 04:15 PM

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION**

Eric Westerfield,

Plaintiff,

v.

GEICO Advantage Insurance Company,

Defendant.

**DECLARATION OF ALLISON HOSKINS**

I, Allison Hoskins, being of lawful age and duly sworn upon my oath, state as follows:

1. I am over 18 years of age. I am authorized to provide this declaration on behalf of Defendant GEICO Advantage Insurance Company ("GEICO Advantage"). I have reviewed the Petition filed in the above-captioned matter. If called upon to do so, I am competent to and would testify to the matters set forth herein, of which I have personal knowledge.

2. As described in my declarations filed in Mr. Westerfield's original lawsuit, I work with GEICO as a Senior Manager, Underwriting Efficiency & Information Management. *Westerfield, et al. v. Government Employees Ins. Co. et al.*, Case No. 4:26-CV-00173 (E.D. Mo. 2026) (hereinafter, "*Westerfield I*"), Dkt. Nos. 1-2, 40-1. In that capacity, during the relevant time period, I was responsible for managing and implementing GEICO's driver discovery program, which proactively identifies youthful drivers in GEICO customers' households who are not listed on the customers' policies. In furtherance of those efforts, GEICO's Risk Alert program utilizes third-party data that its vendor obtains directly from each state's respective Department of Motor Vehicles or equivalent agency (*e.g.*, the Division of Motor Vehicles, Motor Vehicle

Administration, etc.), to identify youthful drivers whom those government records indicate reside at GEICO insureds' addresses.

3. Having reviewed the Petition and upon an initial investigation, I have identified more than 16,000 GEICO Advantage customers who, within the last five years, had a "License-Address Risk Alert Addition," which is defined in the Petition as a Risk Alert addition "where the applicable referral criterion required a match between the address in the identified person's driver's-license information and the policy address but did not require the identified person's last name to match the named insured's last name." Petition ¶¶ 48-49.

4. GEICO Advantage does not currently and did not at any point during the putative class period use the Risk Alert program in connection with its Missouri policies. Indeed, none of the 16,000 GEICO Advantage customers had a Missouri policy at the time GEICO Advantage identified and added a driver to their policy through Risk Alert.

5. The precise charge for an added driver will vary significantly based on a host of factors including, among other things, age and driver experience, vehicle type, geographic location, and driver record. As alleged in the Petition, and as described in my declaration in the earlier action brought by Mr. Westerfield, Mr. Westerfield had a driver added to his policy in October 2024. Petition ¶ 39; *Westerfield I*, Dkt. No. 1-2 ¶ 6. During the six-day period when the driver was added to Mr. Westerfield's policy but before that driver was removed at his request, Mr. Westerfield was charged an additional $13.19, which averages out to approximately $2.20 per day. *Westerfield I*, Dkt. No. 1-2 ¶ 6.

6. The length of time that each "added driver" will remain active on each putative class member's account will similarly vary significantly, as some insureds, like Mr. Westerfield would have removed the driver within a week, while others (*e.g.*, those whose added driver was a

part of their household) may not have removed them at all. Nevertheless, of the more than 16,000 insureds referenced above, GEICO's preliminary investigation has found that more than half of those insureds continued to have the newly added driver on their policy after 184 days. Given that the statute of limitations period alleged by Mr. Westerfield is five years, and the fact that many insureds may not have removed the driver at issue at all, a longer date range may also be appropriate, but to be conservative, I have assumed that each added driver remained on the insured's account for only 184 days.

7. Using the above estimates, a $2.20 purported overcharge, multiplied by 16,000 insureds, multiplied by 184 days, would result in a total amount in dispute of $6,476,800.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2026

Allison Hoskins