**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Eric Westerfield,<br><br>Plaintiff,<br><br>v.<br><br>Government Employees Insurance Company et al.,<br><br>Defendants. | Case No. 4:26-cv-1528 |

**ENTRY OF APPEARANCE**

COMES NOW Martin L. Daesch of OnderLaw, LLC, and hereby enters his appearance on behalf of Plaintiff Eric Westerfield.

**ONDERLAW, LLC**

By: */s/ Martin L. Daesch*
Martin L. Daesch, #40494
110 E. Lockwood Ave.
St. Louis, MO 63119
(314) 963-9000 (telephone)
(314) 963-1700 (facsimile)
daesch@onderlaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 28, 2026 the foregoing pleading was filed electronically to be served by operation of the Court's electronic mailing system upon all attorneys of record.

*/s/ Martin L. Daesch*