**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ERIC WESTERFIELD**,<br><br>Plaintiff,<br><br>v.<br><br>**GEICO ADVANTAGE INSURANCE COMPANY,**<br><br>Defendant | Case No. 4:26-cv-1528 |

**ENTRY OF APPEARANCE**

COMES NOW Charles N. Insler of HeplerBroom LLC and hereby enters his appearance as additional counsel of record for Defendant GEICO Advantage Insurance Company.

Dated: September 29, 2026

Respectfully submitted,

**HEPLERBROOM LLC**

By:/s/ Charles N. Insler
Charles N. Insler, #58623MO
130 N. Main Street
P.O. Box 510
Edwardsville, IL 62025
(618) 656-0184
(618) 656-1364 Facsimile
cni@heplerbroom.com

***Attorneys for Defendant GEICO Advantage Insurance Company***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2026 a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system and electronic mail:

Martin L. Daesch
Jesse B. Rochman
Craig W. Richards
Kaitlin A. Carpenter
**ONDERLAW, LLC**
110 E. Lockwood Ave.,
St. Louis, MO 63119
314-963-6000
daesch@onderlaw.com
rochman@onderlaw.com
richards@onderlaw.com
carpenter@onderlaw.com

***Attorneys for Plaintiff***

/s/ *Charles N. Insler*