**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Eric Westerfield,<br><br>Plaintiff,<br><br>v.<br><br>GEICO Advantage Insurance Company,<br><br>Defendant. | Case No. 4:26-cv-01528-SRC |

**ENTRY OF APPEARANCE**

COMES NOW Kaitlin A. Carpenter of OnderLaw, LLC, and hereby enters her appearance on behalf of Plaintiff Eric Westerfield.

**ONDERLAW, LLC**

By: *__/s/ Kaitlin A. Carpenter__*

Kaitlin A. Carpenter #74599
110 E. Lockwood Ave.
St. Louis, MO 63119
(314) 963-9000 (telephone)
(314) 963-1700 (
carpenter@onderlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 30, 2026, the foregoing pleading was filed electronically to be served by operation of the Court's electronic mailing system upon all attorneys of record.

*__/s/ Kaitlin A. Carpenter__*