**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ERIC WESTERFIELD**,<br><br>Plaintiff,<br><br>**v.**<br>**GEICO ADVANTAGE INSURANCE COMPANY,**<br><br>Defendant. | Case No.: 4:26-cv-01528-SRC |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant GEICO Advantage Insurance Company ("GEICO Advantage") respectfully files this motion for an extension of time to respond to Plaintiff's Petition until after this Court resolves the issues raised in its September 29, 2026 Order for Plaintiff to show cause "(i) why the Court should not transfer this action to the Middle District of Florida under the 'first-to-file' rule, and (ii) why the Court should not sanction him for refiling this case in this court after the Court transferred *Westerfield I* to the Middle District of Florida." ECF No. 11. In support of its motion, Defendant states:

1. On September 25, 2026, GEICO Advantage timely removed this case from the Twenty-First Judicial Circuit Court of St. Louis County to this Court. ECF No. 1.
2. On September 29, 2026, this Court issued an Order for Plaintiff "to, no later than October 13, 2026, show cause in writing (i) why the Court should not transfer this action to the Middle District of Florida under the 'first-to-file' rule, and (ii) why the Court should not sanction him for refiling this case in this court after the Court transferred *Westerfield I* to the Middle District of Florida." ECF No. 11.

3. Defendant's deadline to respond to Plaintiff's Petition is currently October 2, 2026. Fed. R. Civ. P. 81(c)(2)(C).

4. In light of the impending deadline, GEICO Advantage had already begun working on its motion to dismiss Plaintiff's claims. GEICO Advantage's anticipated motion to dismiss intends to argue, among other things, (1) that Plaintiff's claims should be dismissed pursuant to the "first-to-file" rule, (2) that Missouri is an improper forum where, *inter alia*, Plaintiff lacks *in personam* jurisdiction against GEICO Advantage as the sole defendant because the underlying facts took place in the State of Kansas and GEICO Advantage neither utilized the Risk Alert process nor had any insurance policies in force in the State of Missouri at the time of the events giving rise to Plaintiff's claims, and (3) that Plaintiff has failed to state a claim for relief because, *inter alia*, the underlying insurance policy expressly authorizes the conduct about which Plaintiff now complains.

5. Because the issues in GEICO Advantage's forthcoming motion to dismiss substantially overlap with the issues raised in this Court's Order, and because resolution of the Order may render GEICO Advantage's motion to dismiss moot, an extension is necessary to prevent a potential waste of resources for the parties and this Court.

6. The motion for extension of time is not brought for delay or any other improper purpose, and no party will be prejudiced by the extension.

7. Plaintiff's counsel has indicated to Defendant's counsel that they do not oppose an extension of Defendant's time to respond to the Complaint pending resolution of this Court's Order.

WHEREFORE, Defendant respectfully requests that the Court approve the proposed extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint until after this Court

has resolved the issues set forth in its September 29, 2026 Order.

Date: October 1, 2026

Respectfully submitted,

*/s/ W. Jason Rankin*
W. Jason Rankin #626724
Charles Insler, #58623
701 Market St., Ste. 1400
St. Louis, MO 63101
314-241-6160
wjr@heplerbroom.com
cni@heplerbroom.com
emb@heplerbroom.com

George E. Mastoris
(*pro hac vice forthcoming*)
Adam P. Moskowitz
(*pro hac vice forthcoming*)
**WINSTON TAYLOR LLP**
200 Park Ave.
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
george.mastoris@winstontaylor.com
adam.moskowitz@winstontaylor.com

Samantha Lerner
(*pro hac vice forthcoming*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
samantha.lerner@winstontaylor.com

***Counsel for Defendant GEICO Advantage Insurance Company***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2026 a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Martin L. Daesch
Jesse B. Rochman
Kaitlin A. Carpenter
**ONDERLAW, LLC**
110 E. Lockwood Ave.,
St. Louis, MO 63119
314-963-6000
daesch@onderlaw.com
rochman@onderlaw.com
carpenter@onderlaw.com

***Attorneys for Plaintiff***

/s/ W. Jason Rankin