# STATE OF MISSOURI

**Denny Hoskins**
**Secretary of State**

CORPORATION DIVISION
CERTIFICATE OF ABSTRACT

***GEICO Advantage Insurance Company***
***O01242873***

I, DENNY HOSKINS, Secretary of State of the State of Missouri and Keeper of the Great Seal thereof, do hereby certify that the annexed abstract contains a true statement of the documents on file and of record in this office.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 5th day of October, 2026.

Denny Hoskins
Secretary of State

Certification Number: CERT-10052026-0081

# Abstract of Corporate Record for:
# GEICO Advantage Insurance Company - Insurance Company

## Profile Details

**Status:** Good Standing **Citizenship:** Foreign **Inc.:** Nebraska
**Charter #:** O01242873 **Duration:** Perpetual
**Date Formed:** 8th day of June, 2012

## Profile Events

**Date:** 09/24/2026 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 09/24/2026
Doc ID: ORI-09242026-3634

**Date:** 11/14/2024 **Event:** Modify
**Filed Document:** Change of Registered Agent Office Address **Effective:** 11/14/2024
Doc ID: ORI-11142024-2301

**Date:** 09/30/2024 **Event:** Registration Reports
**Filed Document:** Biennial Registration Report **Effective:** 09/30/2024
Doc ID: ORI-09302024-2408

**Date:** 08/16/2022 **Event:** Registration Reports
**Filed Document:** Biennial Registration Report **Effective:** 08/16/2022
Doc ID: ORI-08162022-2518

**Date:** 04/04/2022 **Event:** Modify
**Filed Document:** Change of Registered Agent and/or Registered Office **Effective:** 04/04/2022
Doc ID: ORI-04042022-3604

**Date:** 07/20/2021 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 07/20/2021
Doc ID: SR398306

**Date:** 09/15/2020 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 09/15/2020
Doc ID: SR125435

**Date:** 09/10/2019 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 09/10/2019
Doc ID: ORI-09102019-1292

**Date:** 07/25/2018 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 07/25/2018
Doc ID: ORI-07252018-1873

**Date:** 08/30/2017 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 08/30/2017
Doc ID: ORI-08302017-1149

**Date:** 08/08/2016 **Event:** Correction
**Filed Document:** Statement of Correction (Corp 60) **Effective:** 08/08/2016
Doc ID: ORI-08092016-0987

**Date:** 08/05/2016 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 08/05/2016
Doc ID: ORI-08052016-1655

# Abstract of Corporate Record for:
# GEICO Advantage Insurance Company - Insurance Company

**Date:** 06/06/2014 **Event:** Registration Reports
**Filed Document:** Biennial Registration Report **Effective:** 06/06/2014
Doc ID: WEB-1415780702

**Date:** 08/09/2013 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 08/09/2013
Doc ID: WEB-1322180205

**Date:** 09/10/2012 **Event:** Registration Reports
**Filed Document:** Annual Registration Report **Effective:** 09/10/2012
Doc ID: WEB-1225480109

**Date:** 06/08/2012 **Event:** Creation
**Filed Document:** Notification from Division of Insurance on Approval **Effective:** 06/08/2012
Doc ID: BEFN9617583

## Entity Information

**Legal Entity Name:** GEICO Advantage Insurance Company
**Entity Type:** Commercial

## Entity Names

**Entity Name:** GEICO Advantage Insurance Company
**Name Type:** Legal

**Entity Name:** GEICO Advantage Insurance Company
**Name Type:** DBA

## Entity Address(es)

**Address Type:** **Principal Office**
**County:**
**Address Info:** 7272 Wisconsin Ave,
Bethesda, Maryland 20814

**Address Type:** **Reg. Office**
**County:**
**Address Info:** 5661 Telegraph Rd Ste 4B,
Saint Louis, Missouri 63129

**Address Type:** **Previous Principal Office**
**County:**
**Address Info:** 5260 Western Ave,
Chevy Chase, Maryland 20815

**Address Type:** **Previous Reg. Office**
**County:**
**Address Info:** 120 S Central Ave,
CLAYTON, Missouri 63105

**Address Type:** **Other Address**
**County:**

# Abstract of Corporate Record for:
# GEICO Advantage Insurance Company - Insurance Company

**Address Info:** One Geico Center,
Macon, Georgia 31295

**Address Type:** **Previous Reg. Office**
**County:**
**Address Info:** 301 W HIGH ST, RM 530
JEFFERSON CITY, Missouri 65101

**Address Type:** **Previous Principal Office**
**County:**
**Address Info:** 1440 Kiewit Plaza,
Omaha, Nebraska 68131

**Address Type:** **Previous Reg. Office**
**County:**
**Address Info:** One GEICO Plaza,
Washington, District of Columbia 20076

**Address Type:** **Reg. Office**
**County:**
**Address Info:** One GEICO Plaza,
Washington, Missouri 20076

**Address Type:** **Previous Principal Office**
**County:**
**Address Info:** 1440 Kiewit Plaza,
Omaha, Nebraska 68131

**Address Type:** **Mailing**
**County:** Douglas
**Address Info:** 1440 Kiewit Plaza,
Omaha, Nebraska 68131

| Registered Agent |
| --- |
| C T CORPORATION SYSTEM |