**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ERIC WESTERFIELD**,<br><br>Plaintiff,<br><br>**v.**<br>**GEICO ADVANTAGE INSURANCE COMPANY,**<br><br>Defendant. | Case No.: 4:26-cv-01528-SRC |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant GEICO Advantage Insurance Company ("GEICO Advantage") respectfully files this unopposed motion for a brief extension of time to file its reply in support of its Motion to Dismiss (ECF No. 17) from October 16, 2026 to October 26, 2026. In support of its motion, Defendant states:

1. On September 25, 2026, GEICO Advantage timely removed this case from the Twenty-First Judicial Circuit Court of St. Louis County to this Court. ECF No. 1.
2. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), GEICO Advantage's deadline to respond to Plaintiff's Petition was set for October 2, 2026.
3. On September 29, 2026, this Court issued an Order for Plaintiff "to, no later than October 13, 2026, show cause in writing (i) why the Court should not transfer this action to the Middle District of Florida under the 'first-to-file' rule, and (ii) why the Court should not sanction him for refiling this case in this court after the Court transferred *Westerfield I* to the Middle District of Florida." ECF No. 11 (the "Show Cause Order").

4. In light of the fact that GEICO Advantage's anticipated motion to dismiss substantially overlapped with the issues raised in this Court's Show Cause Order, and because resolution of the Show Cause Order may render GEICO Advantage's motion to dismiss moot, GEICO Advantage filed a motion to extend its deadline to respond to Plaintiff's Petition until after the Court resolved the issues set forth in the Show Cause Order. *See* ECF No. 13. Plaintiff did not oppose Defendant's requested relief. *Id.*

5. Out of an abundance of caution, because GEICO Advantage's request had not been ruled on by the preexisting deadline to respond to Plaintiff's Petition, GEICO Advantage filed its Motion to Dismiss on October 2, 2026. ECF Nos. 17, 18.

6. On that same day, Plaintiff filed its response to the Show Cause Order (ECF No. 14) along with a Motion to Remand this case to Missouri state court (ECF No. 15).

7. Pursuant to Local Rule 4.01(B), Plaintiff's response to Defendant's Motion to Dismiss and Defendant's response to Plaintiff's Motion to Remand were both set for October 16, 2026.

8. Notwithstanding its October 16 deadline, Plaintiff filed its opposition to Defendant's Motion to Dismiss ten days early, on October 6, 2026. ECF No. 19.

9. Defendant's new deadline to file its reply in support of its Motion to Dismiss is now on October 16, 2026—the same date as its deadline to file its opposition to Plaintiff's Motion to Remand. *See* L.R. 4.01(C). Plaintiff's early filing forces Defendant to simultaneously draft its opposition to Plaintiff's Motion to Remand alongside its reply in support of its Motion to Dismiss.

10. Defendant requires sufficient time to substantively address Plaintiff's filings without an unnecessary conflict. Absent the requested extension, Defendant would be unfairly

prejudiced by being forced to review and draft two substantive submissions simultaneously.

11. Defendant's motion is not brought for delay or any other improper purpose, as Defendant only seeks to reinstate the deadline that would have existed but for Plaintiff's early filing. Put differently, if Plaintiff had filed its opposition on October 16, its original deadline, Defendants' deadline would be October 26, 2026.

12. Moreover, no party will be prejudiced by Defendant's requested extension. Indeed, Plaintiff previously agreed to toll Defendant's deadline to respond to the Petition indefinitely pending resolution of this Court's Show Cause Order, and thus would not be prejudiced by a brief ten-day extension. *See* ECF No. 13.

13. Defendant's counsel spoke by phone with Plaintiff's counsel regarding an extension of time to file its reply in support of its Motion to Dismiss, and Plaintiff's counsel stated that it did not oppose such relief.

WHEREFORE, Defendant respectfully requests that the Court approve the proposed extension of time for Defendant to file its reply in support of its Motion to Dismiss until October 26, 2026.

Date: October 8, 2026

Respectfully submitted,

*By:* /s/ W. Jason Rankin

W. Jason Rankin #626724
Charles Insler, #58623
701 Market St., Ste. 1400
St. Louis, MO 63101
314-241-6160
wjr@heplerbroom.com
cni@heplerbroom.com

George E. Mastoris
(*pro hac vice forthcoming*)
Adam P. Moskowitz
(*pro hac vice forthcoming*)
**WINSTON TAYLOR LLP**

200 Park Ave.
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
george.mastoris@winstontaylor.com
adam.moskowitz@winstontaylor.com

Samantha Lerner
(*pro hac vice forthcoming*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
samantha.lerner@winstontaylor.com

***Counsel for Defendant GEICO Advantage Insurance Company***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2026 a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system and electronic mail:

Martin L. Daesch
Jesse B. Rochman
Kaitlin A. Carpenter
**ONDERLAW, LLC**
110 E. Lockwood Ave.,
St. Louis, MO 63119
314-963-6000
daesch@onderlaw.com
rochman@onderlaw.com
carpenter@onderlaw.com

***Attorneys for Plaintiff***

/s/ W. Jason Rankin