**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Eric Westerfield,

Plaintiff,

v.

GEICO Advantage Insurance Company,

Defendant.

Case No. 4:26-cv-01528-SRC

# Plaintiff's Unopposed Motion for Extension of Time to File Reply

Plaintiff Eric Westerfield moves under Federal Rule of Civil Procedure 6(b)(1)(A) for a ten-day extension of time, from October 26, 2026, to November 5, 2026, to file his reply in support of his Motion to Remand (Doc. 15). In support, Plaintiff states:

1. Plaintiff filed his Motion to Remand on October 2, 2026. Doc. 15. GEICO Advantage Insurance Company ("GEICO Advantage") filed its opposition on October 16, 2026 (Doc. 23), so Plaintiff's reply is due October 26, 2026. *See* Local Rule 4.01(C).

2. Plaintiff needs additional time to review GEICO Advantage's opposition and fully address the jurisdictional issues presented, including the new affidavit submitted with it.

3. GEICO Advantage previously requested a ten-day extension to file its reply in support of its Motion to Dismiss, which Plaintiff did not oppose. Doc. 20.

4. Plaintiff's request is made before the existing deadline, in good faith, and not for purposes of delay.

5. Counsel for Plaintiff conferred with counsel for GEICO Advantage, who confirmed that GEICO Advantage does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend his deadline to file a reply in support of his Motion to Remand through November 5, 2026.

**ONDERLAW, LLC**

By: */s/ Martin L. Daesch*
Martin L. Daesch, #40494 (MO)
Jesse B. Rochman, #60712 (MO)
110 E. Lockwood Ave.
St. Louis, MO 63119
(314) 963-9000 (telephone)
daesch@onderlaw.com
rochman@onderlaw.com
*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on October 20, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Martin L. Daesch*