Case: 4:26-cv-01528-SRC Doc. #: 30-1 Filed: 11/05/26 Page: 1 of 6 PageID #: 305

BETTER BUSINESS BUREAU

**BUSINESS PROFILE**

Share

Insurance Companies

# Geico

Headquarters

This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in Insurance Companies.

MAIN REVIEWS **COMPLAINTS**

Important information

**Customer Complaint:** Please be advised that due to the high volume of complaints received for this business, BBB publishes 1 out of every 20 complaints handled through our conciliation process.

## Complaints

This profile includes complaints for Geico's headquarters and its corporate-owned locations. To view all corporate locations, see

**Customer Complaints Summary**

- 2,611 complaints in the last 3 years.
- 666 complaints in the last 12 months.

**If you've experienced an issue**

**Submit a Complaint**

The complaint text that is displayed might not represent all complaints filed with BBB. Some consumers may elect to not publish the details of their complaints, some complaints may not meet

[redacted], and find that this resolution is satisfactory to me.

Regards,

[redacted]

## Initial Complaint

**Date:** 02/26/2026

**Type:** Product Issues

**Status:** Answered

Complaint Text:I am filing this complaint to dispute an unauthorized premium increase for my current policy period (11/02/2505/02/26). Following my son Maddoxs accident in October 2025, I called GEICO in November to restructure my coverage. We agreed to lower my Comprehensive and Collision coverage to reach a total six-month premium of $1,343.05. My scheduled installments were set at $230.11 (12/02/25), $230.14 (01/02/26 through 03/02/26), and $230.18 (04/02/26).On 02/26/26, I was notified via text that an unauthorized amount of $313.94 would be auto-deductedan increase of over $80 from my agreed rate. Upon calling today, 02/26/26, representative "Tajela" claimed the increase was for adding [redacted] to the policy and removing a DriveEasy discount. This is factually incorrect: [redacted] has been a listed driver since 2023, and his October accident was already factored into the November restructure. Furthermore, the DriveEasy discount was only ~$15 for six months; its removal cannot mathematically justify an $83 monthly hike.I made three separate attempts to resolve this today (3:30 PM, 4:00 PM, and 6:00 PM). Despite being promised callbacks from managers "[redacted]" and "[redacted]," I received no communication. GEICO is attempting to change a "locked" rate mid-term based on administrative errors regarding my sons driver history.Desired Settlement:GEICO must honor the agreed-upon total of $1,343.05 and the $230.14 installments. I request a formal audit of my policy to reflect that [redacted] has been a driver since 2023 and a refund of any unauthorized overages.

### Business Response

**Date:** 03/12/2026

March 12, 2026

Dispute Resolution Team
BBB of [redacted];
[redacted];Floor
[redacted], [redacted]; 20005-3404

BBB File Number: 24577344

Dear [redacted] or Madam,

We received your correspondence requesting assistance regarding the complaint referenced above. As requested, we have not included any personal identifying information in our response.

It is important to begin by explaining that from the policy inception date of November 02, 2022 until November 8, 2025, the complainant's child was documented as an active driver with a learners permit. When a driver has only a learners permit, they are not rated until they obtain a fully active drivers license. On November 7, 2025, we received notice from a third-party consumer report that the complainants child had received a valid drivers license. Therefore, effective November 8, 2025, we began fully rating for them.A prorated premium charge of $685.52 was added to the complainants policy for coverage provided to their child until May 2, 2026. This resulted in a policy premium balance of $1,940.87.

On November 17, 2025, the complainant contacted us via telephone and multiple changes were made which reduced the premium. The initial change was adding our Good Student discount to the policy. A prorated decrease of $29.33 was credited to the policy, decreasing the policy balance to $1,911.54.

The second change was enrolling the customer in our DriveEasy telematic program,which monitors our customers driving habits and rates their policy with this information. Initially, our policyholders receive an initial discount. Once they complete their registration and monitoring period, they will receive a graduated score which will be applied at their renewal The complainants enrollment in this program provided a prorated credit of $298.51, which decreased the policy balance to $1,613.03.

The final change was an adjustment to the complainants liability coverages. This change resulted in a prorated credit of $467.32, which decreased the policy balance to $1,145.71. Following the completion of the November 17, 2025 changes, we sent the complainant a billing schedule advising their monthly payments would be $230.14, beginning December 2, 2025. This billing schedule remained the same until January 25, 2026.

As of January 25, 2026, we had not received any telematic information from the complainant. Therefore, we removed their DriveEasy discount, effective January 26, 2026. This change resulted in a prorated premium charge of $125.70, which resulted in an updated policy balance of $814.16. Following this policy change,we sent the complainant an updated billing schedule advising their March [redacted] payment would be a prorated payment of $313.94.

On February 27, 2026, the complainant contacted us via telephone. During this conversation, a policy change to add re-enroll in the DriveEasy program and update the usage of the 2004 Chevrolet Silverado was processed. These changes resulted in a prorated premium decrease of $155.88 and brought the policy balance to $429.41. We then sent a file updated billing schedule advising that the complainants March 2, 2026 monthly payment of $236.00. Please note this payment reflected a prorated balance of $43.30 from the January 25, 2026 policy change.

We understand that the complainant is requesting a billing adjustment. However,per the information listed above, their billing information is accurate, and we will be unable to

BETTER BUSINESS BUREAU

**BUSINESS PROFILE**

Share

Insurance Companies

# Geico

Headquarters

This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in Insurance Companies.

MAIN REVIEWS **COMPLAINTS**

Important information

**Customer Complaint:** Please be advised that due to the high volume of complaints received for this business, BBB publishes 1 out of every 20 complaints handled through our conciliation process.

## Complaints

This profile includes complaints for Geico's headquarters and its corporate-owned locations. To view all corporate locations, see

**Customer Complaints Summary**

2,611 complaints in the last 3 years.

666 complaints in the last 12 months.

**If you've experienced an issue**

**Submit a Complaint**

The complaint text that is displayed might not represent all complaints filed with BBB. Some consumers may elect to not publish the details of their complaints, some complaints may not meet

## Initial Complaint

**Date:** 12/30/2025

**Type:** Order Issues

**Status:** Answered

On 10/2/25, I signed up for an auto policy for ~$140/month that covered me and my wife, who only had a permit at the time. I got the policy with my wife so that she could take her driving test on 10/3/25.On 12/3/25, I received an email stating that my monthly payment would be going up on 1/3/26 to $504. No reason was given in the email. Something seemed off because nothing had changed that I was aware of, but I didn't investigate the increase right away because of work and the holidays, and I figured I had a whole month to look into it before the rate went up.On 12/30/25, I called GEICO to find out why they wanted to raise my rate and learned that they had made a change to the policy that reflected my wife's status as having her driver's license now (which she had had since 10/3/25). They claim that my original policy premium was lower because she had a learner's permit, which was never disclosed to me, nor did they tell me the premium would go up and by how much whenever she received her license. They also said that my wife, who is an immigrant, did not have a driving history so they charged a higher premium, even though if they had bothered to ask us for that info we would have provided them with her [redacted] her home country. I then said we can't afford the new policy and would like to cancel it before Jan 3rd when the rate goes up. I was then told that I could cancel the policy, but I would still owe additional money, because the payment that was made on December 3rd was supposed to be more, however the payment for the old policy, ~$140 had already gone out. The result of which they said I still owe $191.34 for December. I told them that I never agreed to the changes and would not have if they had informed me they actually went up in Dec, instead of Jan. I then asked if they could waive the extra charge or just say the policy ended whenever the $140 would be prorated to (around Dec 15th they said), but they said they wouldn't.

### Business Response

**Date:** 01/12/2026

January 12, 2026

BETTER BUSINESS BUREAU
[redacted]
[redacted]-3404

Attention: Dispute Resolution Team

Complaint ID: [redacted]

We received the request for assistance that you submitted to us under the above file ID.

Our records reflect that on October 1, 2025 a quote for insurance was obtained via our website. During the quote process, we asked for information on their spouse, including

information on the current license status of the spouse. The available options to select, included if their spouse was a licensed driver that uses their vehicles, if they are a permitted driver that uses their vehicle or if they are not licensed to drive.They selected that their spouse uses their autos with a permit. We would like to clarify that drivers with a learners permit do not impact the policy premium as they are not included in the rating of the policy since they do not hold a valid license.

After finalizing establishing the policy through our website, a Declarations Page was sent confirming that the insureds spouse was listed as a driver on the policy with a permit along with a note under the Important Policy Information section that advised the insured to notify us when they obtained a permanent drivers license.

During a subsequent review of the spouses Motor Vehicle Report, we confirmed that they had obtained a California drivers license. Consequently, the license status for the spouse was updated and they were included in the rating of the policy effective December 3, 2025. Notification of the change was provided under the Important Policy Information section of the Declarations Page that was sent to the insured on December 3, 2025. This change resulted in a pro-rated increase of $729.49 for the current policy term ending April 3, 2026.

Based on the information provided in their communication to your agency that the spouse had prior license experience outside of the U.S, the most appropriate selection during the quote process would have been that the spouse was a licensed driver with use of their automobiles. By selecting this option, we would have asked about any license experience outside of the [illegible] so that we could accurately rate the spouse based on their full driving experience. We regret any confusion that this insured experienced but we want to advise that the policy was rated based on the information that the insured initially provided to us online and on the subsequent change when updated information was received via review of the spouses driving record.

Furthermore, our records reflect that during contact with our [illegible] on December 30, 2025, the insured was advised that they could submit confirmation of the spouses foreign driving history for us to review to update the policy to include the prior driving experience. This option was declined and the policy cancelled, at the insureds request, effective January 3, 2026. With this cancellation, an outstanding balance of $191.34 became due for coverage provided to the cancellation date. We maintain the validity of this balance.

We regret that they are no longer policyholder but hope that the above information has provided clarification. We wish the insured well and hope that they consider us in the future when shopping for insurance.

Sincerely,

GEICO Consumer Executive Office
GEICO General Insurance Company

## Customer Answer

**Date:** 01/13/2026