Case: 4:26-cv-01528-SRC Doc. #: 30-2 Filed: 11/05/26 Page: 1 of 6 PageID #: 311

Write a review

# GEICO

5260 Western Ave, Chevy Chase, Maryland, United States, 20815

Sharing is caring! Have something to share about GEICO? Use RevDex to write a review

Reviews → Auto Insurance, Insurance Services Office, Insurance Companies → GEICO

## GEICO Reviews (557)

Add a review

rudy s

So when ever I've changed a policy one way or another they make me pay off my current policy and then pick up with a new policy even thou they both cover the same cars/months(the most recent is that I removed a car of the three on the account so it's now down to two cars with the same coverage) and so it's double coverage when it doesn't need to be. total scam if you ask me. I've tried arguing with them about it but they just say it's just the way it is. I'm in the middle of looking for a new insurance but since I was with geico for the better part of two decades and I don't know who's actually customer orientated focus insurance that actually cares for its customers unlike geico. it seems the geico corporation just cares of getting the funds from their cash cow's oh I mean "customers". This is the second time them done the pay off the current policy(even thru I've got a few months or so left overlapping the already previous coverage) to add the new policy bait and switch which I felt to me to be sharing these with the Revdex.com & others. they also raised my rates over a faulty car causing an accident along with the same instance that some how my deductible was raised to the highest possible so I couldn't afford to get a car fixed. I'm usually at the $500 deductible not the $2,500 like they claimed when this all happened. they also had an accident forgiveness at this time which they blatantly ignored and raised my rates anyways.

(just to give some context of the whole story below)
so the car I'm talking about was a blue 2014 *** which I bought at a decent price of $25k(so I thought till this car tried to kill me, hence the accident I had with it) at the end

Useful

Mark W

I called to get a quote on my daughter to see what insurance might run her. I specifically ask for a quote only. I never gave them any information other than her name and received the general quote.

Then I called back a few days later on another matter and they now tell I have to provide personal information on my daughter. I never requested to add her and they never asked me to provide that information when I received my policy.

They refuse to remove her from my policy and state that if I don't give them her personal information it might affect my policy.

**GEICO Response** • Nov 19, 2019

November 18, 2019

Dear ***:

Thank you for your recent inquiry dated November 12, 2019. I certainly understand ***'s frustration and welcome the opportunity to discuss his automobile policy concerns. GEICO writes a Family Automobile Contract which covers ***, ***'s resident relatives, and any other regular operators of ***'s vehicles. To ensure that all parties are properly covered and protected under this policy contract, when GEICO is notified of additional drivers, they are added to the policy.

On November 5, 2019, *** contacted GEICO to get a quote to add his daughter to the policy. When getting the quote, *** advised his daughter lived in the house with an active learner's permit. Based on this information, ***'s daughter was added to the policy as an active driver with only a learner's permit. This change did not cause a change to ***'s six-month premium.

On November 12, 2019, *** contacted GEICO due to his daughter being added to the policy without his permission. *** was advised due to his daughter being in the household she would need to be listed on the policy however, we could offer a Named Driver Exclusion to exclude her from coverage provided by the policy. *** declined the offer.

It is our position that our procedures were followed correctly. I apologize for any

inconvenience this situation has caused and hope this information will assist you in resolving this issue. If additional information is required, please contact Chelsea G at . Her office hours are Monday through Friday, 7:30 a.m. to 3:30 p.m. EST.

Sincerely,

Lauren R.

AVP, Underwriting

Useful Reply

Jason W

I've been with Geico for more than 20 years. 20. My wife hit a raccoon and we had to take the car in for repair. I chose the repair facility Geico uses most in this area and the process was started. My issue is the vehicle has been waiting for a week just to have a supplemental approval completed. Due to this, I have to pay for a rental for another week. Not because something was broken or because a mistake was made but because a simple review and decision wasn't made. Almost $300 and all I get from Customer Service is, "gosh I'm sorry but we can't do anything for you". In other words, too bad, deal with it. Why?

**GEICO Response** • Nov 20, 2019

November 20, 2019

Revdex.com of Metropolitan Washington DC and Eastern Pennsylvania
ATTN: Marcia Tilghman
1411 K St. NW, 10th floor
P.O. Box 149104
Washington, DC 20005-3404

RE: FILE NUMBER: ***

Dear ***:

We received your correspondence dated November 13, 2019. We have not included any personal identifying information on our response, as you requested.

Useful Reply

Vatasha M

Let me start out by saying that I have been with Geico for years and have been happy with my car insurance until recently. My complaint is that in 2018, I called and added a *** to my insurance policy and was asked by the representative at that time will anyone else be driving the vehicle, which at that time I said yes, my daughter ***. I was even asked about how far will, I and she be driving the vehicle etc. My monthly cost went from $188 to $480 something over time my monthly payments went down at as of recently I was paying $407. However, this monthly, I notice that my policy went from $407 to $512; when I called and spoke with a representative the week of October 7th, I was told that my daughter was added as a driver of the ***, which is absolutely not true nor did I add her as a driver, so not sure how Geico came up with this. I was told at the time by the rep. that my policy went back down. However, it went down to $498 instead of back down to $407. I called Geico again on 10/19/19, again to ask why my policy went up and was told that my daughter was never added as an active driver, which is not true. I explained to the rep and Supervisor Mark that she was and has always been an active driver on my account, I was told by Mark very rudely, “we are not going back to changing that, because you were under paying for insurance.” I explained to him that he was not making sense, because my daughter has always been an active driver on my policy and for Agricola to come now and say she wasn’t assigned to the *** is a lie, because I was asked who else would be driving the ***, in which I provided my daughter’s name and drivers license number. So, why now will Geico say that she wasn’t on my policy and it was an agent that I spoke with that added her. I have always held Geico at high regard and have had other family members and friends switch to Geico, but I can say my least interaction have been less than favorable.

**GEICO Response** • Oct 28, 2019

We received your correspondence dated October 21, 2019, regarding the above-noted complaint number. We have not included any personal identifying information in our response as you requested.

Though our insured's daughter has been listed on the policy since November 7, 2018, we have not rated for her because she has been listed as only having a Learner's Permit. We recently received information from the Department of Motor Vehicles that she received an unrestricted license. The policy was updated with the new information on October 8, 2019.

We spoke to our insured and explained the reason for the change. We discussed savings options to assist with the change in premium.

We trust this information is sufficient to allow you to close your file. Please call Christy H, Complaint Underwriter, at , if you have any further questions.

Very Truly Yours,

Heather M Assistant Vice President

Underwriting

Useful Reply

Jasmine M

I was in a car accident on 9/16/19, at that time I was given a rental. I was advised of the process the adjuster goes out to do an estimate if the body shop finds additional damages then Geico will go back out to do another estimate. I was advised that my car would be ready to pickup the week of 10/07 by the middle of the week. I called the body shop to see what day I would be able to pickup my car and the response I got was "it will be another two weeks." Geico never called to inform me that another estimate was sent over on 10/4 and Geico didn't acknowledge it until 10/08 (the same week I'm supposed to pickup my car). At this point my rental is reaching it's maximum amount allowed, on 10/15 I returned the rental, even after explaining to the adjuster and body shop I won't have a way to get to work. The reason I was given is because *** is on strike and the body shop is still waiting on parts, they don't know when the parts will be in. So, now I am being told it can take two weeks or longer, I am at risk of losing my job. I'm already in a messed up situation because I have to take unpaid time off during this period, Geico won't continue to expense a rental the adjuster just keeps saying "policy is policy", the body shop won't expense a rental. I live check to check if I expense a rental (which is what I am going to have to do) I would have to skip paying certain bills. I pay Geico $410 a month for insurance and I feel as though they left me high and dry, I shouldn't be penalized because the body shop can't get the parts, or that *** workers are on strike, at this point it's affecting my livelihood. I don't understand why it's taking this long to begin with, my accident was 9/16 it is now 10/18 and I probably won't be getting the car until November sometime.

**GEICO Response** • Oct 28, 2019

## About us

Revdex's aim is to improve the connection between consumers and businesses. We provide the customers with an opportunity to browse and post the complaints and reviews about businesses and we make it easier for their voice to be heard by the companies.

## Links



## Contact us

Contact Us

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

© 2026 Revdex all rights reserved