[Company Name]

POLICY ENDORSEMENT

# EXCLUSION OF NAMED DRIVER

The Policy Number and Effective Date need to be completed only when this endorsement is issued subsequent to preparation of the policy.

Policy Number:

Effective Date:

It is agreed that the insurance afforded by this policy shall not apply with respect to any claim or suit arising from an accident arising from the operation of a motor vehicle by the excluded driver named below.
This **Exclusion of Named Driver** POLICY ENDORSEMENT also excludes coverage to ***you,*** a ***relative***, and any other persons or entities who may be liable with respect to any accidents arising from the operation of a motor vehicle by the excluded driver named below.
However, only the following coverages, subject however to the terms and conditions of the policy, apply

1. The State of Florida minimum financial responsibility limits for Property Damage Liability Coverage, and the minimum requirements of the Florida Motor Vehicle No-Fault Law for Personal Injury Protection Coverage; and
2. Bodily Injury Liability Coverage is provided in the event the policy is certified as future proof of financial responsibility;
3. Uninsured Motorist Coverage, but only if ***you*** purchased Uninsured Motorist Stacked or Non-Stacked coverage;

with respect to any claim arising from accidents which occur while a motor vehicle is being operated by

Acknowledged by ______________________________

(Signature of Named Insured)

If this form is sent by facsimile machine (fax), the sender adopts the document received by GEICO as a duplicate original and adopts the signature produced by the receiving fax machine as the sender's original signature.

This endorsement forms a part of your policy. It is effective at 12:01 A.M. local time at your address on the effective date shown above.

[Company Name]

POLICY ENDORSEMENT

# EXCLUSION OF NAMED DRIVER

The Policy Number and Effective Date need to be completed only when this endorsement is issued subsequent to preparation of the policy.

Policy Number:

Effective Date:

It is agreed that the insurance afforded by this policy shall not apply with respect to any claim or suit arising from an accident arising from the operation of a motor vehicle by the excluded driver named below.
This **Exclusion of Named Driver** POLICY ENDORSEMENT also excludes coverage to ***you,*** a ***relative***, and any other persons or entities who may be liable with respect to any accidents arising from the operation of a motor vehicle by the excluded driver named below.
However, only the following coverages, subject however to the terms and conditions of the policy, apply

1. The State of Florida minimum financial responsibility limits for Property Damage Liability Coverage, and the minimum requirements of the Florida Motor Vehicle No-Fault Law for Personal Injury Protection Coverage; and
2. Bodily Injury Liability Coverage is provided in the event the policy is certified as future proof of financial responsibility;
3. Uninsured Motorist Coverage, but only if ***you*** purchased Uninsured Motorist Stacked or Non-Stacked coverage;

with respect to any claim arising from accidents which occur while a motor vehicle is being operated by

Acknowledged by ______________________________

(Signature of Named Insured)

If this form is sent by facsimile machine (fax), the sender adopts the document received by GEICO as a duplicate original and adopts the signature produced by the receiving fax machine as the sender's original signature.

This endorsement forms a part of your policy. It is effective at 12:01 A.M. local time at your address on the effective date shown above.