BETTER BUSINESS BUREAU

**BUSINESS PROFILE**

Share

Insurance Companies

# Geico

Headquarters

This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in Insurance Companies.

MAIN REVIEWS **COMPLAINTS**

Important information

**Customer Complaint:** Please be advised that due to the high volume of complaints received for this business, BBB publishes 1 out of every 20 complaints handled through our conciliation process.

## Complaints

This profile includes complaints for Geico's headquarters and its corporate-owned locations. To view all corporate locations, see

**Customer Complaints Summary**

- 2,611 complaints in the last 3 years.
- 664 complaints in the last 12 months.

**If you've experienced an issue**

**Submit a Complaint**

The complaint text that is displayed might not represent all complaints filed with BBB. Some consumers may elect to not publish the details of their complaints, some complaints may not meet

## Customer Answer

**Date:** 10/23/2025

I have requested to be compensated fir the mental anguish and inconveniences.

## Initial Complaint

**Date:** 09/29/2025

**Type:** $ Billing Issues

**Status:** Answered

September [redacted] I spoke with a Geico [redacted] resentative at approximately 3:30 P.M., I explained to him that Geico had no right to overcharge my account an additional $131.00 without contacting me nor did Geico seek my permission; my original bill is $211. increased to $342.72 due to my daughter passed her drivers test, so the company automatically added her to my insurance without notifying me; however, I explained to the [redacted] .that my daughter is at college and shes living with her dad. The [redacted] stated that I needed to sign a document stating that she doesnt drive my car and they would remove her and reduce the amount.September 29, 2025 I called in at approximately 7:24 [redacted] account hadnt been updated, so I waited patiently on the [redacted]. to do so. After he expedited my account, he returned to say I would still owe Geico an additional $30 because they didnt expedite my account before the billing period ended. Once again I asked, how am I responsible for your error? Im still waiting on the $30 to removed from my account because Im being overcharged for Geicos error. Please make it all make sense.

### Business Response

**Date:** 10/08/2025

October 7, 2025

Dispute Resolution Team
Better Business Bureau
Consumer Affairs
[redacted]
[redacted], [redacted]; 20005-3404

Re: Complaint ID: [redacted]

Dear Sir/Madam,

We received your correspondence regarding the above-noted complaint number. Thank you for the opportunity to address the consumers concerns.

In [redacted], we write a Family Auto Insurance Policy, which provides auto insurance to all

licensed resident drivers. In addition, we continually review our insureds policies to ensure we are charging the most appropriate premium for the risk we insure. Part of the review includes obtaining information from consumer reporting agencies. During a recent review, we obtained information that indicated our insureds daughter was a licensed driver and was a resident of the household.

On August 1, 2025, we mailed notice advising of this information and advised that the driver would be added to the policy unless proof of other insurance was received. We did not receive the requested information, and the driver was added on August 18, 2025, effective September 17, 2025. This update added $131.68 to the policy balance for the term of April 30, 2025 through October 30, 2025.

On September 29, 2025, we processed a signed Named Driver Exclusion effective September 27, 2025, which provided a credit of $101.03.

On October 7, 2025, we updated the drivers status to Cancelled effective September 17, 2025, which provided a credit of $30.65, thereby eliminating the increase for adding the driver. No further credits or policy updates are needed for this concern.

We trust this information is sufficient to allow you to close your file. Please call [illegible]. at [illegible] or at [illegible] if you have any questions regarding this response.

Sincerely,

GEICO Consumer Executive Office

Prev. 1 ... 69 70 71 ... 220 Next

**BBB Accreditation: None**

To become accredited, a business must agree to BBB Standards for Trust and pass BBB's vetting process.

Why choose a BBB Accredited Business?