***State:*** *Kansas* ***First Filing Company:*** *GEICO Indemnity Company, ...*
***TOI/Sub-TOI:*** *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)*
***Product Name:*** *479 - Rate/Rule*
***Project Name/Number:*** *479 - Rate/Rule/2022-479*

## Filing at a Glance

| | |
|---|---|
| Companies: | GEICO Indemnity Company<br>GEICO Casualty Company<br>GEICO General Insurance Company<br>Government Employees Insurance Company<br>GEICO Advantage Insurance Company<br>GEICO Choice Insurance Company<br>GEICO Secure Insurance Company |
| Product Name: | 479 - Rate/Rule |
| State: | Kansas |
| TOI: | 19.0 Personal Auto |
| Sub-TOI: | 19.0001 Private Passenger Auto (PPA) |
| Filing Type: | Rate/Rule |
| Date Submitted: | 09/28/2022 |
| SERFF Tr Num: | GECC-133403349 |
| SERFF Status: | Closed-Approved and Filed |
| State Tr Num: | GECC-133403349 |
| State Status: | Approved and Filed |
| Co Tr Num: | 2022-479 |
| Effective Date Requested (New): | 11/24/2022 |
| Effective Date Requested (Renewal): | 01/09/2023 |
| Author(s): | Norbert Tancibok, Amanda Caldwell, Pearl Nana-Atoo |
| Reviewer(s): | Sara Zuniga (primary) |
| Disposition Date: | 10/06/2022 |
| Disposition Status: | Approved and Filed |
| Effective Date (New): | 11/24/2022 |
| Effective Date (Renewal): | 01/09/2023 |

**RULE G-05. <u>CANCELLATIONS AND CHANGES</u>**

**A. CANCELLATIONS**

All cancellations at the request of the insured or cancellations by the company shall be processed on a pro rata basis.

**B. CHANGES**

**1.** All changes requiring adjustments of premium shall be computed on a pro rata basis of the rate in effect when the coverage was issued.

**2.** If a vehicle is added or if a form of coverage is added for a policy written for less than one year, premium for the additional insurance shall be pro rata based on rates in effect at the time the change is made.

**3.** If as a result of any endorsement, amendment, cancellation or other policy change a return premium is developed, a refund shall be mailed to the insured. Any additional premium developed in an amount less than $2.00 will not be collected from the insured.

***RULE PPA-03. CLASSIFICATIONS**

**A. DRIVER LEVEL**

**1.** Driver Class Factor

The age, gender, marital status and relationship to the insured shall be obtained in order to determine the driver class factor.

**2.** Driver Definitions

**a. Rated Driver** - any licensed driver listed on a policy who is not classified as cancelled, deceased, having other insurance, or having a learner's permit, or a non-driver.

**b. Age** - The age of a driver at the policy effective date. If a driver is under 30 and has a birthday within 30 days after the policy effective date, the driver will be rated at the next age.

**c. Marital Status**

1) Married – any driver who is married and living with his/her spouse, as well as a person who is a widow/widower except where the widowed classification is explicitly mentioned in the rating plan.

**NOTE:** The "living with spouse" requirement does not apply to military customers who are temporarily separated from their spouses due to military duty assignment.

2) Single – any driver who is not rated as Married.

**d. Relationship to Insured**

1) Named Insured – the Rated Driver who contracted the insurance policy. If that person is classified as Married as per above, then the spouse is also considered a Named Insured.

2) Non Named Insured – any other Rated Driver on the policy

**3.** Driver Rating Steps

The driver rating factor will be obtained by calculating individual factors for each Rated Driver, consisting of the Driver Class Factor, the effects of the Rating Plan, and driver level discounts as outlined in the Rate Order Calculation.

After each Rated Driver's factor is calculated individually, the individual factors for each driver are averaged with a straight average, and that factor is applied to all of the vehicles on the policy.

**B. VEHICLE LEVEL**

**1.** Vehicle Classification

The use of the automobile, annual mileage, vehicle classification symbol, vehicle cost symbol, coverage level, model year, and vehicle age shall be obtained in order to classify each vehicle.

***RULE PPA-03. CLASSIFICATIONS** (Cont'd)

**d. Coverage Level**
1) **Full Coverage** – any vehicle carrying both Comprehensive and Collision coverage.
2) **Liability with Collision** – any vehicle carrying Collision coverage but not Comprehensive.
3) **Liability with Comprehensive –** any vehicle carrying Comprehensive coverage but not Collision.
4) **Liability Only** – any vehicle carrying neither Collision nor Comprehensive.

**e. Model Year**
1) The model year of the auto is the year assigned by the auto manufacturer.

2) For rebuilt or structurally altered autos, the model year of the chassis determines the model year of the auto.

**f. Vehicle Age**

| Age | Definition |
|---|---|
| 1 | All vehicles of the current model year. |
| 2 | All vehicles of the first preceding model year. |
| 3 through 19 | The appropriate age applies for the 2nd through 18th preceding model years, respectively. |
| 20 | All other preceding model years. |

**NOTE:** For the purpose of this definition, the current model year shall change effective October 1, of each calendar year regardless of actual introductory dates of the individual makes and models.

**C. POLICY LEVEL**

**1.** Policy Classification

The age, gender, marital status, and relationship to the insured of each Rated Driver, and the driver count shall be obtained to determine a household composite factor. The household composite factor, policy occurrence count and Named Insured age shall be obtained in order to classify the policy.

**2.** Policy Definitions

**a. Driver Count** – The number of Rated Drivers on the policy.
**b. Named Insured Age** – Maximum age of any Named Insured on the policy.
**c. Named Insured Status** – Indicates the marital status of the Named Insured(s), and if not married, indicates the Named Insured's gender.
**d. Non-Named Insured Count** - Number of Rated Drivers on the policy who are not classified as a Named Insured.
**e. Policy Occurrence Count** – Number of chargeable accidents and violations as defined in the Rating Plan section of this manual within the experience period for all Rated Drivers.

**NOTES**: Any changes in the Classification Factors during the term of the policy which causes a revision in the policy premium should be applied on a pro-rata basis to the rate in effect when the coverage was issued.

Case: 4:26-cv-01528-SRC Doc. #: 30-5 Filed: 11/05/26 Page: 5 of 15 PageID #: 326

| | | | |
|---|---|---|---|
| ***State:*** | *Texas* | ***First Filing Company:*** | *GEICO Indemnity Company, ...* |
| ***TOI/Sub-TOI:*** | *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)* | | |
| ***Product Name:*** | *003 - Auto Rate/Rule* | | |
| ***Project Name/Number:*** | *003 - Auto Rate/Rule/2024-003* | | |

# Filing at a Glance

| | |
|---|---|
| Companies: | GEICO Indemnity Company<br>GEICO General Insurance Company<br>Government Employees Insurance Company<br>GEICO Advantage Insurance Company<br>GEICO Choice Insurance Company<br>GEICO Secure Insurance Company<br>GEICO County Mutual Insurance Company<br>GEICO Texas County Mutual Insurance Company |
| Product Name: | 003 - Auto Rate/Rule |
| State: | Texas |
| TOI: | 19.0 Personal Auto |
| Sub-TOI: | 19.0001 Private Passenger Auto (PPA) |
| Filing Type: | Rate/Rule |
| Date Submitted: | 01/12/2024 |
| SERFF Tr Num: | GECC-133940971 |
| SERFF Status: | Closed-CL-Closed; No additional info required at this time |
| State Tr Num: | S718165 |
| State Status: | CL-Closed; No additional info required at this time |
| Co Tr Num: | 2024-003 |
| Effective Date Requested (New): | 02/08/2024 |
| Effective Date Requested (Renewal): | 04/11/2024 |
| Author(s): | Margaret West, Quentin Izlar, Ebony Brown, Vanessa Novillo |
| Reviewer(s): | Eric Hintikka (primary), Sam Haywood, Alyssa Bravo, Spencer Johnson |
| Disposition Date: | 03/18/2025 |
| Disposition Status: | CL-Closed; No additional info required at this time |
| Effective Date (New): | |
| Effective Date (Renewal): | |

## *RULE G-05. CANCELLATIONS, CHANGES AND REISSUE FEE

### A. CANCELLATIONS

All cancellations at the request of the insured or cancellations by the company shall be processed on a pro rata basis.

### B. CHANGES

**1.** All changes requiring adjustments of premium shall be computed on a pro rata basis of the rate in effect when the coverage was issued.

**2.** If a vehicle is added or if a form of coverage is added for a policy written for less than one year, premium for the additional insurance shall be pro rata based on rates in effect at the time the change is made.

**3.** If as a result of any endorsement, amendment, cancellation or other policy change an additional or return premium in an amount less than $2.00 is developed, no return need be made unless requested by the insured. If requested, the actual amount shall be returned.

### C. REISSUE FEE

Upon reissue of a policy, a $35 non-refundable fee shall be collected in full in addition to the first payment on the policy. This fee shall apply when the cancelled policy has been restarted with a lapse in coverage and has new effective dates. The fee shall apply for non-payment and underwriting initiated cancellations.

**RULE PPA-03. CLASSIFICATIONS**

***A. Driver Level**

**1.** Driver Class Factor

The age, gender, marital status and relationship to the insured shall be obtained in order to determine the driver class factor.

**2.** Driver Definitions

**a.** **Rated Driver** - any licensed driver listed on a policy who is not classified as cancelled, excluded, deceased, having other insurance, having a learner's permit, or a non-driver.
**b.** **Age** - The age of a driver at the policy effective date. If a driver is under 30 and has a birthday within 30 days after the policy effective date, the driver will be rated at the next age.
**c.** **Marital Status**

1) Married – any driver who is married and living with his/her spouse, as well as a person who is a widow/widower except where the widowed classification is explicitly mentioned in the rating plan.
**NOTE:** The "living with spouse" requirement does not apply to military customers who are temporarily separated from their spouses due to military duty assignment.

2) Single – any driver who is not rated as Married.

**d.** **Relationship to Insured**

1) Named Insured – the Rated Driver who contracted the insurance policy. If that person is classified as Married as per above, then the spouse is also considered a Named Insured.
2) Non Named Insured – any other Rated Driver on the policy

**3.** Driver Rating Steps

The driver rating factor will be obtained by calculating individual factors for each Rated Driver, consisting of the Driver Class Factor, the effects of the Rating Plan, and driver level discounts as outlined in the Rate Order Calculation.

After each Rated Driver's factor is calculated individually, the individual factors for each driver are averaged with a straight average, and that factor is applied to all of the vehicles on the policy.

**B. Vehicle Level**

**1.** Vehicle Classification

The use of the automobile, annual mileage, vehicle classification symbol, vehicle cost symbol, coverage level, model year, and vehicle age shall be obtained in order to classify each vehicle.

***RULE PPA-03. CLASSIFICATIONS** (Cont'd)

**d. Coverage Level**

1) **Full Coverage –** any vehicle carrying both Comprehensive and Collision coverage.
2) **Liability with Collision –** any vehicle carrying Collision coverage but not Comprehensive.
3) **Liability with Comprehensive –** any vehicle carrying Comprehensive coverage but not Collision.
4) **Liability Only –** any vehicle carrying neither Comprehensive nor Collision.

**e. Model Year**

**1)** The model year of the auto is the year assigned by the auto manufacturer.

**2)** For rebuilt or structurally altered autos, the model year of the chassis determines the model year of the auto.

**f. Vehicle Age**

| Age | Definition |
|---|---|
| 1 | All vehicles of the current model year. |
| 2 | All vehicles of the first preceding model year. |
| 3 through 19 | The appropriate age applies for the 2nd through 18th preceding model years, respectively. |
| 20 | All other preceding model years. |

**NOTE:** For the purpose of this definition, the current model year shall change effective October 1, of each calendar year regardless of actual introductory dates of the individual makes and models.

**C. Policy Level**

**1.** Policy Classification

The age, gender, marital status, and relationship to the insured of each Rated Driver, and the driver count shall be obtained to determine a household composite factor. The household composite factor, policy occurrence count and Named Insured age shall be obtained in order to classify the policy.

**2.** Policy Definitions

**a. Driver Count** – The number of Rated Drivers on the policy.
**b. Named Insured Age** – Maximum age of any Named Insured on the policy.
**c. Named Insured Status** – Indicates the marital status of the Named Insured(s), and if not married, indicates the Named Insured's gender.
**d. Non-Named Insured Count** - Number of Rated Drivers on the policy who are not classified as a Named Insured.
**e. Policy Occurrence Count** – Number of chargeable accidents and violations as defined in the Rating Plan section of this manual within the experience period for all Rated Drivers.

**RULE PPA-03. CLASSIFICATIONS** (Cont'd)

**NOTES**: Any changes in the Classification Factors during the term of the policy which causes a revision in the policy premium should be applied on a pro-rata basis to the rate in effect when the coverage was issued.

Requests for reduction of the policy premium because of the changed age of any driver will be handled by effecting a pro-rata cancellation and reissuing the policy.

Regular operators who are added or deleted during the term of the policy will have the Rating Plan attributable to them under the Initial and Subsequent Rating provisions added or deleted concurrently.

| | | | |
|---|---|---|---|
| ***State:*** | *Missouri* | ***Filing Company:*** | *GEICO Advantage Insurance Company* |
| ***TOI/Sub-TOI:*** | *19.0 Personal Auto/19.0001 Private Passenger Auto (PPA)* | | |
| ***Product Name:*** | *146C - Auto Rate/Rule* | | |
| ***Project Name/Number:*** | *146C - Auto Rate/Rule/2024-146C* | | |

| | |
|---|---|
| GEICO Advantage Symbol Pages_Part 2 | MO Symbol Insert Filing_Part2 (1).pdf |
| GEICO Advantage Symbol Pages_Part 3 | MO Symbol Insert Filing_Part3 (1).pdf |

**Supporting Document Attachments** (ex. Supporting Document Name Attachment Name)

| | |
|---|---|
| Filing Memorandum | MO GEICO Advantage Filing Memo.pdf |
| Actuarial Justification | MO GV Exhibit 1A.pdf |
| Cover Letter and Change Sheet | MO 2024-146C Change Sheet.pdf |
| Cover Letter and Change Sheet | MO 2024-146C Cover Letter.pdf |

**GEICO ADVANTAGE INSURANCE COMPANY**
**GENERAL RULES SECTION**
**MISSOURI**
**EFFECTIVE DATE 01/24/2025**

**RULE G-05. CANCELLATIONS, CHANGES AND REISSUE FEE**

**A. CANCELLATIONS**

On all cancellations, the earned premium retained by the Company shall be calculated on pro rata basis for the length of time the policy or coverage was in force.

**B. CHANGES**

**1.** All changes requiring adjustments of premium shall be computed on a pro rata basis of the rate in effect when the coverage was issued.

**2.** If a vehicle is added or if a form of coverage is added for a policy written for less than one year, premium for the additional insurance shall be pro rata based on rates in effect at the time the change is made.

**C. REISSUE FEE**

Upon reissue of a policy, a non-refundable fee shall be collected in full in addition to the first payment on the policy. This fee shall apply when the cancelled policy has been restarted with a lapse in coverage and has new effective dates. The fee shall apply for non-payment and underwriting initiated cancellations.

GEICO Advantage Insurance Company
Missouri Private Passenger Automobile Program

**Rate Order of Calculation**

The first step of the rate calculation formula is to determine the Driver Composite Factor.

The Driver Composite Factor is the average of the Derived Driver Factors for all eligible to be rated drivers. For policies where there are more drivers than vehicles, the Driver Composite Factor is the average of the highest ranked drivers, up to the number of vehicles. The rank is determined using the Derived Driver Factor for PD from highest to lowest (highest factor = highest rank).

Driver Level Rating Steps

| Step | BI | PD | MED | UM | UIM | COMP | COLL | ERS | RR |
|---|---|---|---|---|---|---|---|---|---|
| Driver Class Factor | | | | | | | | | |
| At Fault Claim Count Factor | X | X | X | | | | X | X | X |
| Minor Violation Count Factor | X | X | X | | | | X | X | X |
| Major Violation Count Factor | X | X | X | | | | X | X | X |
| Speeding Violation Count Factor | X | X | X | | | | X | X | X |
| Driving Under the Influence Violation Count Factor | X | X | X | | | | X | X | X |
| Driving Experience Factor | X | X | X | X | X | X | X | X | X |
| Student Away Discount | X | X | X | X | X | X | X | X | X |
| Good Student Discount | X | X | X | X | X | X | X | X | X |
| Deployed Driver Discount | X | X | X | X | X | X | X | X | X |
| Derived Driver Factor | | | | | | | | | |

The second step of the rate calculation formula is performed for each vehicle on the policy (but in the case of a Named Operator policy is performed once) beginning with the Driver Composite Factor as calculated above.

| Step | BI | PD | MED | UM | UIM | COMP | COLL | ERS | RR | MBI | VEXP | PEXP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driver Composite Factor | | | | | | | | | | | | |
| Base Rate | X | X | X | X | X | X | X | X | X | | | |
| Risk Tier Factor | X | X | X | X | X | X | X | X | X | X | | |
| Financial Responsibility Factor | X | X | X | X | X | X | X | X | X | | | |
| Term Factor | X | X | X | X | X | X | X | X | X | X | X | X |
| Monthly Trend Factor | X | X | X | X | X | X | X | X | X | X | | |
| Full Coverage Factor | X | X | X | X | X | | | | | | | |
| Luxury Vehicle Factor | X | X | X | X | X | X | X | X | X | | | |
| Household Composite Index Factor - 1 | X | X | X | X | X | X | X | X | X | | | |
| Household Composite Index Factor - 2 | X | X | X | X | X | X | X | X | X | | | |
| Maximum Named Insured Age Factor | | | | X | X | | | | | | | |
| Claim Forgiveness Factor | X | X | X | | | | X | X | X | | | |
| Limit Factor | X | X | X | X | X | | | X | X | | | |
| Deductible Factor | | | | | | X | X | | | X | | |
| Vehicle Rated Location Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle Symbol Factor | X | X | X | X | X | X | X | | | X | | |
| Customization Amount Factor | | | | | | X | X | | | X | | |
| Vehicle Composition Factor | X | X | X | X | X | X | X | X | X | | | |
| Coverage Age Factor | | | | | | | | | | X | | |
| Vehicle Age at Add Factor | X | X | X | X | X | X | X | X | X | X | | |
| Length of Vehicle Ownership Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle History Composition Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle History Branded Title Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle History Order Status Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle History Non-Severe Damage Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle History Severe Damage Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle History Stolen Vehicle Factor | X | X | X | X | X | X | X | X | X | | | |
| Vehicle History Number of Title Transfers Factor | X | X | X | X | X | X | X | X | X | | | |
| Annual Mileage Factor | X | X | X | X | X | X | X | X | X | | | |
| Homeownership Discount | X | X | X | X | X | X | X | X | X | X | | |
| Multi-Vehicle Discount | X | X | X | X | X | X | X | X | X | X | | |
| Clean Driving Record Discount | X | X | X | | | | X | X | X | | | |
| Auto Pay Discount | X | X | X | X | X | X | X | X | X | X | | |
| Paid in Full Discount | X | X | X | X | X | X | X | X | X | X | | |
| Multi-Line Discount | X | X | X | X | X | X | X | X | X | X | | |
| Early Shopper Discount | X | X | X | X | X | X | X | X | X | | | |
| Internet Quote Discount | X | X | X | X | X | X | X | X | X | X | | |
| Paperless Discount | X | X | X | X | X | X | X | X | X | X | | |
| Military Discount | X | X | X | X | X | X | X | X | X | X | | |
| Affiliation Discount | X | X | X | X | X | X | X | X | X | X | | |
| Vehicle Use Factor | X | X | X | X | X | X | X | X | X | | | |
| DriveEasy Factor | X | X | X | X | X | X | X | X | X | | | |
| Certificate of Financial Responsibility Factor | X | X | X | | | | X | X | X | X | | |
| Vehicle Expense - Financial Responsibility Factor | | | | | | | | | | | X | |
| Vehicle Expense - Household Composition Factor | | | | | | | | | | | X | |
| Vehicle Expense - Primary Named Insured Age Factor | | | | | | | | | | | X | |
| Vehicle Expense - Insurance History Factor | | | | | | | | | | | X | |
| Vehicle Expense - Non-Payment Cancellation Notice Count Factor | | | | | | | | | | | X | |
| Vehicle Expense - Reissue Factor | | | | | | | | | | | X | |
| Vehicle Expense - Vehicle Add Endorsements Count Factor | | | | | | | | | | | X | |
| Number of Vehicles | | | | | | | | | | | | / |
| Round to the nearest whole dollar greater than or equal to the Minimum Premium | RND | RND | RND | RND | RND | RND | RND | RND | RND | RND | RND | RND |

## RULE PPA-25 DRIVER DEFINITIONS

1. **Rated Driver** - any licensed driver listed on a policy who is not classified as cancelled, deceased, as having a learner's permit and is under 18, or does not and will not drive a covered auto.

2. **Age** - The age of a driver at the policy effective date. If a driver is under 30 and has a birthday within 30 days after the policy effective date, the driver will be rated at the next age.

3. **Marital Status**

   A. Married – any driver who is married and living with their spouse.

      **NOTE:** The "living with spouse" requirement does not apply to military customers who are temporarily separated from their spouses due to military duty assignment.

   B. Single – any driver who is not rated as Married.

   C. Widow/ Widower – A driver who was legally married, but whose spouse is deceased. Widowed operators are rated as single. However, if an existing married driver becomes widowed during a Company policy term, the driver will be rated as married for the balance of that term and all subsequent renewal policy terms.

4. **Relationship to Insured**

   A. Named Insured – the Rated Driver who contracted the insurance policy. If that person is classified as Married as per above, then the spouse is also considered a Named Insured.

   B. Non-Named Insured – any other Rated Driver on the policy.

## RULE PPA-34 POLICY CLASSIFICATION

The Named Insured status, driver count, and the Non-Named Insured count shall be obtained to determine a household composite factor. The household composite factor, policy occurrence count, Named Insured age, minimum driver age, vehicle age difference, vehicle count, excess vehicle, and prior insurance shall be obtained in order to classify the policy.

**RULE PPA-35 POLICY DEFINITIONS**

1. **Driver Count** – The number of Rated Drivers on the policy.
2. **Named Insured Age** – Maximum age of any Named Insured on the policy.
3. **Named Insured Status** – Indicates the marital status of the Named Insured(s), and if not married, indicates the Named Insured's gender.
4. **Non-Named Insured Count** – Number of Rated Drivers on the policy who are not classified as a Named Insured.
5. **Policy Occurrence Count** – Number of chargeable accidents and violations as defined in the Rate Pages of this manual within the experience period for all Rated Drivers.
6. **Minimum Driver Age** – Minimum age of any rated driver on the policy.
7. **Vehicle Age Difference** – Model year difference between the newest and the oldest vehicle on the policy. Vehicle Age Difference applies only to vehicles on the policy rated as Private Passenger type.
8. **Vehicle Count** – The number of rated vehicles on the policy.
9. **Vehicle Add Count**- The number of vehicle additions or replacements with differing effective dates, made after the inception date of the policy, and in the 12 months preceding renewal.
10. **Excess Vehicle** – Indicates if Vehicle Count is greater than Driver Count on the policy.
11. **Prior Insurance** – Indicates the insurance status of the Named Insured immediately prior to insuring with GEICO.
12. **Prior BI Limit** – Indicates the limit of Bodily Injury coverage on the Prior Insurance policy.